DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| vs. | ) | POSSESSION WITH |
| | ) | INTENT TO DISTRIBUTE |
| RONALD DALE SORENSON, | ) | METHAMPHETAMINE |
| | ) | Vio. 21 U.S.C. §§ 841(a)(1) & |
| Defendant. | ) | (b)(1)(B) |
| | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1:

That on or about December 8-11, 2005, at Anchorage, in the District of Alaska, the defendant, RONALD DALE SORENSEN, did, knowingly and intentionally

possess methamphetamine, with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, weighing 5 grams or more, all which is in violation of Title 21, United States Code, Sections 841(a)(1)& (b)(1)(B).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Larry D. Card
LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

DATED:  2/21/06