DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of )<br>)<br>RONALD DALE SORENSON, )<br>)<br>On Writ of Habeas Corpus )<br>_____ ) | Case No. 3:06-cr-00019-RRB<br><br>PETITION FOR WRIT OF<br>HABEAS CORPUS AD<br>PROSEQUENDUM |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

RONALD DALE SORENSON, who is imprisoned by the State of Alaska Department of Corrections, at Anchorage Correctional Center - EAST, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Ronald Dale Sorenson</u>, Case No. 3:06-cr-00019-RRB-JDR, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

                              DEBORAH M. SMITH
                              Acting United States Attorney

DATED: February 23, 2006        s/ Larry D. Card
                              LARRY D. CARD
                              Assistant U.S. Attorney
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-5071
                              Fax: (907) 271-1500
                              E-mail: larry.card@usdoj.gov
                              Alaska Bar No. 8011068