MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs  RONALD DALE SORENSEN    CASE NO.  3:06-CR-00019-RRB
Defendant: X Present    X In Custody

BEFORE THE HONORABLE     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    CAROLINE EDMISTON

UNITED STATES ATTORNEY:    DAVID NESBETT FOR LARRY CARD

DEFENDANT'S ATTORNEY:     HENRY GRAPER, CJA APPOINTED

U.S.P.O.:            PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 02/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:30 a.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant advised of general rights, charges and penalties; Waived full advisement of rights.

 X Defendant sworn and stated true name: RONALD SORENSEN Age: 29

 X Financial Affidavit filed.  Federal Public Defender to appoint CJA counsel; FPD notified.

 X PLEAS: Not Guilty to Count 1 of the Indictment.

 X Counsel advised of trial date: Final Pretrial Conference set **April 25, 2006 at 1:30 p.m.**  Trial by Jury set **May 1, 2006 at 8:30 a.m.**

 X Defendant detained; Order of Detention Pending Trial **FILED**.

 X Pretrial motions due **March 20, 2006;** meet and confer **March 7, 2006.**

 X OTHER: Court directed that the Case Manager amend all pleadings in the case to reflect the correct spelling of the defendant's last to be SORENSEN.

At 9:40 a.m. court adjourned.


DATE:   February 28, 2006      DEPUTY CLERK'S INITIALS:    Ce