DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00019-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| RONALD D. SORENSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Timothy M. Burgess, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serves pleadings in the above-captioned case on Larry D. Card, Asst. U.S. Attorney.  David A. Nesbett, Special Assistant U.S.

Attorney, filed a Notice of Attorney Appearance, on February 28, 2006.

RESPECTFULLY submitted this 1st day of March, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Larry D. Card
        LARRY D. CARD
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: larry.card@usdoj.gov
        Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2006
a copy of the foregoing NOTICE was served
electronically:

Henry E. Graper III
Gorton, Logue & Graper P.C.
737 M Street
Anchorage, AK 9950

s/ Larry D. Card