DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-000019-RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| RONALD D. SORENSEN, | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through Larry D. Card, Assistant U.S. Attorney, and hereby enters an entry of appearance on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

Larry D. Card
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

Counsel filed a Notice to Discontinue Electronic Service earlier today at Docket Number 8. Please disregard the Notice filed at Dkt. 8 since this matter will remain assigned to Asst. U.S. Attorney Larry D. Card, and not Special Asst. U.S. Attorney, David A. Nesbett.

RESPECTFULLY SUBMITTED on this 1st day of March, 2006, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/ Larry D. Card
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2006
a copy of the foregoing NOTICE OF
APPEARANCE was served
via electronically to:

Henry Graper


s/ Larry D. Card
_____