Allen N. Dayan
745 W. 4th Avenue, Suite 230.
Anchorage, AK  99501
(907) 276-1550

Attorneys for:
Defendant Victor Ronald Dale Sorensen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )Case No.3:06-cr-00019-RRB-JDR |
| | ) |
| Ronald Dale Sorensen, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL**

The Law Office of Allen N. Dayan & Associates enters their appearance as attorney of record for the defendant Ronald Dale Sorensen in the above-captioned action and requests that copies of all pleadings filed in this action be mailed to them at, 745 W. 4th Avenue, Suite 230 Anchorage, Alaska  99501. Allen Dayan is substituting in as attorney for defendant Victor Ronald Dale Sorensen in place of the Henry E. Graper, III.

DATED this 29th day of March, 2006 at Anchorage, Alaska.

s/Allen N. Dayan
745 W. 4th Avenue, Suite 230
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw@acsalaska.net
Alaska Bar No. 8811179

1

Certificate of Service
I hereby certify that on March 29, 2006, a copy of the foregoing
was Electronically Served on AUSA Larry D. Card, and Henry E.
Graper.