AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED

MAR 3 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

RONALD DALE SORENSON

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-00019-RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ronald Dale Sorenson and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Possession With Intent To Distribute Methamphetamine

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(B)

Ida Romack
Name of Issuing Officer

by (signature) Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

Anchorage, Alaska
Date and Location

Bail Fixed at $ to be determined

by Magistrate Judge John D. Roberts

---

UNEXECUTED RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

WARRANT RETURNED UNEXECUTED –
WHCAP ISSUED.

| DATE RECEIVED 2/24/2006 | NAME AND TITLE OF ARRESTING OFFICER STACY MOLTON SDUSM/USMS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF RETURN 2/28/2006 | | |