IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

```
USA,                                    )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )
                                        )
RONALD D. SORENSEN,                     )
                                        )
            Defendant.                  )
_____)  Case No 3:06-CR-00019-RRB
```

## SUPERSEDING ENTRY OF APPEARANCE

COMES NOW **LANCE C. WELLS, ESQ. of the LAW OFFICES OF LANCE C. WELLS, P.C.,** and hereby enters this superseding entry of appearance on behalf of the DEFENDANT named above.

Please direct all telephone calls and service of all documents to the below telephone number or address.

Dated this 9th day of May 2006.

          Law Office of Lance C. Wells, P.C.

```
s/Lance C. Wells
Attorney for Ronald D. Sorensen
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045
```

**Certificate of Service**

That on 5/9/06, a copy of this document was served via electronic service upon:

AUSA Larry Card & Allen Dayan, Esq.

By: s/Lance C. Wells, Esq.