DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-00019 (RRB) |
| | ) |
| Plaintiff, | ) COUNT 1: CONSPIRACY TO |
| | ) POSSESS WITH THE INTENT TO |
| vs. | ) DISTRIBUTE METHAMPHETAMINE |
| | ) Vio. 21 U.S.C. §§ 846, 841(a)(1) & |
| RONALD DALE SORENSON, | ) (b)(1)(A) |
| | ) |
| Defendant. | ) |
| | ) |

## F I R S T  S U P E R C E D I N G  I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1: CONSPIRACY

1.    Beginning at a time unknown to the Grand Jury, but at least on or about December

6, 2005, and continuing to at least on or about  December 12, 2005, both dates being

approximate and inclusive, in Anchorage within the District of Alaska, and in the State of

California, and elsewhere, the defendant, RONALD DALE SORENSON,  and other co-conspirators, both known and unknown to the Grand Jury did unlawfully and knowingly combine, conspire, confederate and agree with each other, to commit the following offense against the United States, to wit: to distribute, and possess with intent to distribute, 50 grams or more of methamphetamine in violation of Title 21 United States Code Sections 846, 841(a)(1) and 841(b)(1)(A).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Lawrence D. Card
LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

DATED:   6/20/06