```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs     RONALD DALE SORENSEN
CASE NO.      3:06-CR-00019-RRB
Defendant: X Present    X In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

UNITED STATES ATTORNEY:     LARRY CARD

DEFENDANT'S ATTORNEY:       LANCE WELLS

U.S.P.O.:                   PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT Held 06/22/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

 X Copy of Superseding Indictment given to defendant: read.

 X Defendant advised of general rights, charges and penalties; waived full advisement of rights.

 X PLEA: Not Guilty to Count  1 of the Superseding Indictment.

 X Pretrial motions due: **July 13, 2006.**

 X Counsel advised trial date same as previously set.

 X Defendant's detention continued.

At 10:07 a.m. court adjourned.


DATE:       June 22, 2006      DEPUTY CLERK'S INITIALS:   ce