Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-cr-00019-RRB |

**MOTION FOR ORDER DIRECTING STATE OF ALASKA TO
UNSEAL TESTIMONY GIVEN IN SUPPORT OF SEARCH WARRANT**

*[Filed on Shortened Time]*

COMES NOW DEFENDANT RONALD D. SORENSON by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby files on shortened time his motion for an order Directing the State of Alaska, Alaska Court System, to unseal and provide a copy of the oral testimony given in support of State Search Warrant No. 3AN-05-1286 S/W. The testimony was given by Investigator Gordon Dorr with the Anchorage Police Dept.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is attached hereto.

Dated at Anchorage, Alaska, this 27th day of June 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorneys for Ronald D. Sorenson
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27th, 2006, a copy of the foregoing was served electronically:

Larry Card
Asst. U.S. Attorney
larry.card@usdoj.gov

s/Lance C. Wells