Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907-274-9696
Fax: 907-277-9859
E-mail: lwells@gci.net
AK # 9206045

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-cr-00019-RRB |

### ORDER ON MOTION FOR ORDER DIRECTING STATE OF ALASKA TO UNSEAL TESTIMONY GIVEN IN SUPPORT OF SEARCH WARRANT

#### *[Filed on Shortened Time]*

The court having considered defendant's motion filed on shortened time for an order directing the unsealing of the above search warrant so as to allow Mr. Wells a copy of the testimony given by Investigator Gordon Dorr in support of Search Warrant No. 3AN-05-1286 S/W,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED.

The Tape Duplication Dept within the Alaska Court System located at 825 W. 4th Ave, Anchorage, Alaska, shall provide Mr. Wells with a copy of all testimony given in support

of Search Warrant No. 3AN-05-1286 S/W. A copy of the testimony given shall be forwarded to Mr. Wells immediately upon receipt of this order.

DATED at Anchorage, Alaska, this ___ day of ____ 2006.

_____
U.S. District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 27th, 2006, a copy
of the foregoing was served
electronically:

Larry Card
Asst. U.S. Attorney
larry.card@usdoj.gov

s/Lance C. Wells