Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff,   )<br>)<br>   v.                        )<br>)<br>RONALD D. SORENSON,       )<br>)<br>       Defendant.   )<br>_____) | Case No. 3:06-cr-00019-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

*[Filed on Shortened Time]*

   I, Lance C. Wells, depose and state as follows:

   1.   I am the attorney of record for the defendant, Ronald D. Sorenson, in the above-captioned action.

   2.   In reviewing the discovery provided thus far, Search Warrant No. 3AN-05-1286 S/W was granted, allowing a search of the defendant and Ms. Mitchell's (co-defendant) residence.

   3.   In reviewing the application for search warrant, and the search warrant itself, it indicates that only sworn testimony was given, and that no affidavit was submitted.

   4.   The testimony was given by APD officer, Gordon Dorr.

5. It is necessary for me to have a copy of the testimony given by Investigator Dorr so as to determine whether or not a motion to suppress the fruits of this search will be filed on behalf of Mr. Sorenson.

6. I have attempted to get a copy of the testimony given, but have been told by the tape duplicating office within the state courthouse that the warrant is sealed, and that I cannot have a copy as it has not yet been unsealed.

7. I am requesting this court to issue the attached proposed order directing the Tape Duplication Dept within the Alaska Court System located at 825 W. 4th Ave, Anchorage, Alaska, to duplicate the testimony given by Investigator Gordon Dorr, in support of Search Warrant No. 3AN-05-1286 S/W.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 27th day of June 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/ Lance C. Wells
Lance C. Wells
Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 27th day of June 2006, at Anchorage, Alaska.

By:_____s/Sharon R. Leippi_____
    Notary Public in & for Alaska
    My commission expires: June 8/10

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 27th, 2006, a copy
of the foregoing was served
electronically:
Larry Card
Asst. U.S. Attorney
larry.card@usdoj.gov

s/Lance C. Wells

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Ronald D. Sorenson*          Page 2 of 2
*Case No. 3:06-cr-00019-RRB*