DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD SORENSON,<br><br>Defendant. | No. 3:06-cr-019-RRB<br><br><u>GOVERNMENT'S NON-OPPOSITION TO DEFENDANT'S MOTION AT DOCKET 27</u> |

COMES NOW, the United States of America by and through counsel and states that it does not oppose defendant Sorenson's Motion to Unseal and for Order Directing State of Alaska to Unseal Testimony Given in Support of Search

Warrant, filed at Docket 27.

       RESPECTFULLY SUBMITTED this 29th day of June, 2006 at Anchorage, Alaska.

                  DEBORAH M. SMITH
                  Acting United States Attorney

                  s/David A. Nesbett
                  Special Assistant U.S. Attorney
                  Federal Building & U.S. Courthouse
                  222 West Seventh Avenue, Room 253,
                  Anchorage, Alaska  99513-7567
                  Phone: (907) 271-5071
                  Fax: (907) 271-1500
                  Email: david.nesbett@usdoj.gov

**Certificate of Service**

I declare hereby certify that on June 29, 2006,
a copy of the foregoing was served electronically
on Lance Wells, Esq.

  s/ David A. Nesbett
Assistant U.S. Attorney