Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-cr-00019-RRB |

**NOTICE OF ATTORNEY UNAVAILABILITY**

Comes Now Lance C. Wells, counsel of record for defendant named above and hereby gives notice to this court of counsel's unavailability beginning July 26 – August 9, 2006. Mr. Wells will be out of state during this time tending to matters in Texas.

Dated: 7/7/06           Law Offices of Lance C. Wells, P.C.

By: ___/s_____
      Lance C. Wells, Esq. 9206045
      t 907/274/9696
      f 907/277/9859
      email lwells@gci.net

**Certificate of Service**

On 7/7/06, a copy of this document was served via electronic service upon AUSAQ Nesbett, David at his electronic address of record.

_____/s_____
Lance C. Wells