Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907-274-9696
Fax: 907-277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD D. SORENSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Case No. 3:06-cr-00019-RRB |

## ORDER ON MOTION TO SUPPRESS

The court having considered defendant's first motion to suppress evidence, and opposition having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED. All evidence seized from the Ramada Inn Hotel, Room 207, located on Muldoon Rd, Anchorage, Alaska, is hereby SUPPRESSED in its entirety, and may not be referred to at trial of this matter.

DATED at Anchorage, Alaska, this ____ day of _____ 2006.

_____
U.S. District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 7th, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov


s/Lance C. Wells