IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONALD SORENSON, ) | |
|     Defendant. ) | |
| _____) | Case No. 3:06-CR-00019-RRB |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW LANCE C. WELLS, counsel of record for DEFENDANT RONALD SORENSON named above and hereby files this non-opposed motion for an extension of time until 7/17/06, in which to file my client's second suppression motion. Currently the motion is due by 7/13/06.

This non-opposed motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this courts signature is attached hereto.

Dated this 13th day of July, 2006.

LAW OFFICES OF Lance C. Wells, P.C.

_____
Attorney for Plaintiff
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar #9206045

**Certificate of Service**

On 7/13/06, a copy of this motion, affidavit of counsel and proposed order were served electronically upon D. Nesbett, AUSA at his electronic address of record.

By: ___/s_____
    Lance C. Wells