**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONALD SORENSON, | ) |
|     Defendant. | ) |
| _____) | **Case No.  3:06-CR-00019-RRB** |

**[PROPOSED] ORDER**

Good cause having been shown, it is hereby ordered that the Non-Opposed Motion for

Extension of Time filed by counsel for defendant is granted. All motions shall be filed on or

before 7/17/06.

Dated: _____          _____

                    Hon U.S. District Court Judge


**Certificate of Service**

On 7/13/06, a copy of this motion, affidavit of counsel and proposed order were served

electronically upon D. Nesbett, AUSA at his electronic address of record.

By: ___/s_____
    Lance C. Wells