IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>RONALD SORENSON, )<br>    Defendant. )<br>_____) | Case No. 3:06-CR-00019-RRB |

### AFFIDAVIT OF LANCE C. WELLS

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney for the defendant in the above matter.

2. As the court will recall, I previously filed a motion asking the court to direct the Alaska State Court Tape Duplication Section to copy search warrant tape #3AN-05-1286 S/W for me as I needed to review it in order to file pretrial motions. They would not do it prior despite two written requests as they said the warrant was still sealed and they needed an order from the court to unseal it.

3. I followed the District Court's court's recommendation and contacted Susan Parks, ADA who non-opposed the filing of my motion to unseal and motion for expedited consideration.

4. The tape was eventually copied and received on or about 7/11/06. The tape was of poor quality and had to be enhanced in order to hear it. This has now been accomplished and I have started drafting my motion to suppress evidence derived from execution of the search warrant. Unfortunately, I still need to do additional research on the issues and could not do them prior to hearing the tape, as I was unsure at the time just what the suppression issues were going to be.

5. I have been diligently working on the matter, but have not yet completed it.

6. Tomorrow the 14th, most of my day appears that it will be taken up with a contested probable cause CINA hearing before the children's court in Anchorage.

7. I will take up again on the motion tomorrow afternoon and finalize it over the weekend.

8. Today, I spoke with AUSA David Nesbett who non-opposed the filing of the motion based upon the circumstances. I will provide him with a copy of the search warrant tape as well.

9. If granted, I will have the motion electronically filed on or before 7/17/06.

10. Further Your Affiant Sayeth Naught.

Dated: 7/13/06                   _____
                                          Lance C. Wells

Subscribed and sworn to before me this 13th day of July, 2006 in Anchorage, AK.

_____/s_____
Sharon R. Leippi
Notary Public in and for Alaska
My Commission Expires: 6/8/2010

**Certificate of Service**

On 7/13/06, a copy of this motion, affidavit of counsel and proposed order were served electronically upon D. Nesbett, AUSA at his electronic address of record.

By: ___/s_____
Lance C. Wells