Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**MOTION TO SUPPRESS EVIDENCE**
**DERIVED FROM SEARCH WARRANT 3AN-05-1286 SW**

COMES NOW DEFENDANT RONALD D. SORENSEN by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby moves this court to suppress all evidence derived from Search Warrant 3AN-05-1286 SW.

This motion is supported by the attached memorandum of law and affidavit of defendant filed concurrently herewith. A proposed order for this court's signature is attached hereto. An evidentiary hearing is hereby demanded. It is expected that the evidentiary hearing will take no more than four to five hours in which to complete.

Dated at Anchorage, Alaska, this 17th day of July 2006.

          LAW OFFICES OF LANCE C. WELLS, P.C.

          s/Lance C. Wells
          Attorneys for Ronald D. Sorensen
          733 W. 4th Ave, Suite 308
          Anchorage, Alaska 99501
          Phone: 907/274-9696
          Fax: 907/277-9859
          E-mail: lwells@gci.net
          AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells