Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | |
| ) | |
| RONALD D. SORENSEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**ORDER**
**ON MOTION TO SUPPRESS EVIDENCE**
**DERIVED FROM SEARCH WARRANT 3AN-05-1286 SW**

The court having considered defendant's motion to suppress evidence, opposition and any reply having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion to suppress is GRANTED. All evidentiary items, obtained as a result of the issuance of Search Warrant 3AN-05-1286 SW, are hereby SUPPRESSED in their entirety, including all items derived from the neighbor's garbage.

DATED at Anchorage, Alaska, this ___ day of ____ 2006.

_____
U.S. District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 17th, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells

Case 3:06-cr-00019-RRB     Document 44-2     Filed 07/17/2006     Page 2 of 2

*ORDER ON MOTION TO SUPPRESS EVIDENCE DERIVED FROM SEARCH WARRANT 3AN-05-1286 SW*
*United States of America v. Ronald D. Sorensen                              Page 2 of 2*
*Case No. 3:06-cr-00019-RRB*