DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: david.nesbett@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-000019-RRB |
| | ) | |
| Plaintiff, | ) | UNOPPOSED |
| | ) | MOTION FOR ONE-DAY |
| vs. | ) | EXTENSION TO FILE |
| | ) | OPPOSITION TO MOTION TO |
| RONALD D. SORENSEN, | ) | SUPPRESS |
| | ) | |
| Defendant. | ) | |
| | ) | **Filed on Shortened Time** |


COMES NOW the United States by and through counsel and requests a one-

day extension of time in which to file the government's opposition to the

Defendant's Second Motion to Suppress (dkt. 44). The government's response is

due today, July 25th, 2006. The United States respectfully requests a one-day

extension in which to file the opposition. Government counsel has contacted

counsel for the defendant, Lance Wells, who does not opposed this request.

  RESPECTFULLY SUBMITTED this <u>25th</u> day of July, 2006 at Anchorage,

Alaska

         DEBORAH M. SMITH
         Acting United States Attorney

         <u>s/ David A. Nesbett    </u>
         Special Assistant U.S. Attorney
         222 West 7th Ave., #9, Rm. 253
         Anchorage, AK 99513-7567
         Phone: (907) 271-3668
         Fax: (907) 271-1500
         E-mail: david.nesbett@usdoj.gov

<u>Certificate of Service</u>
I declare hereby certify that on July 25, 2006
a copy of the foregoing was served electronically
 on Lance Wells, Esq.


 <u>s/David A. Nesbett</u>
Assistant U.S. Attorney