IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cr-000019-RRB |
| ) | |
| Plaintiff, ) | ORDER RE: |
| ) | UNOPPOSED |
| vs. ) | MOTION FOR ONE-DAY |
| ) | EXTENSION TO FILE |
| RONALD D. SORENSEN, ) | OPPOSITION TO MOTION TO |
| ) | SUPPRESS |
| Defendant. ) | |
| ) | |

Having considered the unopposed motion filed by the United States for a one-day extension to file its opposition to the Defendant's Second Motion to Suppress, IT IS HEREBY ORDERED that the government's response is due on July 26, 2006.

IT IS SO ORDERED.

DATED this ____ day of July, 2006, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE