**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


USA   v.   SORENSON

DATE:   August 8, 2006      CASE NO.   3:06-CR-0019-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

Due to a judicial calendaring conflict, the final pretrial conference scheduled in this matter for August 15, 2006, is **RESCHEDULED** and will now be held on **Thursday, August 17, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING