DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00019-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE TO THE COURT** |
| | ) | |
| RONALD D. SORENSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      The parties have conferred and agree to recommend to the court that the evidentiary hearing previously set for 8/9/06 @ 2 pm be continued until Tuesday or Wednesday of next week, 8/15-16, at a time that is convenient for the court. The reason for the request is to allow enough time to obtain a copy of the sworn

testimony of Officer Carson, which in part formed the basis of the magistrate's issuance of the search warrant following the sworn testimony of Detective Dorr. It is the government's understanding that Mr. Sorensen will be filing a motion shortly to continue the trial date pursuant to this request.

RESPECTFULLY SUBMITTED this 8th day of August, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ David A. Nesbett
>Special Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, Rm 253
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2006,
a copy of the foregoing  was served
electronically on Lance Wells.

s/ David A. Nesbett