DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00019-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF FILING** |
| | ) | **SEARCH WARRANT &** |
| RONALD D. SORENSEN, | ) | **AUDIO CASSETTE TAPE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through David A.

Nesbett, Special Assistant U.S. Attorney, hereby moves this Court to accept a copy

of the search warrant obtained in state court (Exhibit A) and an audio cassette tape

containing the sworn testimony of Officer Dorr in obtaining search warrant no. 05-1286 (Exhibit B) for the convenience of the Court.

RESPECTFULLY SUBMITTED this 8th day of August, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ David A. Nesbett
>Special Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, Rm 253
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2006,
a copy of the foregoing  was served
electronically on Lance Wells.

s/ David A. Nesbett