IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

In the Matter of                                    )
Search Warrant Nos. 3AN-05-1286 SW                  )
_____            )

MOTION TO UNSEAL SEARCH WARRANT AND TURN OVER PROPERTY FOR
FEDERAL PROSECUTION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed
in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or a witness to any
offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a
transcript of a court proceeding and disclosure of the information was ordered by the court.

The State of Alaska, through undersigned Assistant
District Attorney, Phil Moberly, hereby moves this court for an
order unsealing the above captioned the search warrant and the
supporting application of probable cause to copy and release to
representatives of the United States government for purposes of
a federal prosecution stemming from service of this search
warrant.   State charges which were filed as a result of the
service of the search warrant have been dismissed in favor of
federal prosecution. Charges have been filed in United States
District Court for the District of Alaska.   It is requested that
the court authorize release of the property seized pursuant to
the search warrant to Federal authorities in support of that
prosecution and/or Federal forfeiture proceedings.

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

In the Matter of                          )
Search Warrant No. 3AN-05-1286 SW          )
_____)

ORDER

unsealed and may be copied along with the supporting application of probable cause and those copies may be turned over to representatives of the United States government. IT IS FURTHER ORDERED that all properties seized pursuant to the search warrant are released from state jurisdiction and turned over to Federal authorities for prosecution of federal charges and/or forfeiture proceedings.

DATED this 31st day of January, 2006 at Anchorage, Alaska.

_____
Superior/District Court Judge

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

# SEALED

No one, including court personnel, may view the contents of this file until either (1) a criminal charge is filed in the case and the search warrant number is listed on the charging document or (2) a judge issues a written order unsealing the warrant.  Criminal Rule 37(e)

Date Sealed: 12/11/05 _____    By: _____

Charging Document Filed On _____    Case No. _____.
Warrant Unsealed On: _____    By: _____.

---

**ORDERS**
**In Addition To The Requirements of Criminal Rule 37(e)**

Related Case Numbers, if known: _____

1. Orders Sealing.
   Date of Order _____    By Judge _____
   Contents to remain sealed:
   ☐ until _____
   _____
   _____

   ☐ indefinitely until unsealing is authorized by written order of the court.

2. Specific Persons Authorized Access While Contents Are Sealed: _____
   _____

   Date of Order: _____    By Judge: _____

   | Date Unsealed | Name of Person Viewing Contents | Date Resealed | Clerk's Initials |
   | --- | --- | --- | --- |
   | | | | |
   | | | | |
   | | | | |

3. Order Unsealing Contents For Public Inspection.

   Effective Date of Order _____    By Judge _____

---

**INSTRUCTIONS**

1. To seal this envelope, put tape across the flap.
2. Returns of Service should be filed in another search warrant envelope, marked with the same search warrant number, sealed and stapled to this envelope.

SEARCH WARRANT NO.

05-1286

05-56596

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT A N C H O R A G E

SEARCH WARRANT    NO. 05-128654

TO:  Any Peace Officer

[X] Sworn testimony having been given by ___G.K. DURR___
_____,

[ ] An affidavit having been sworn to before me by_____
_____,

[ ] Following my finding on the record that there is probable
cause to believe that 1) the presentation of the applicant's
affidavit or testimony personally before a judicial officer
would result in delay in obtaining a search warrant and in
executing the search; and 2) the delay might result in loss
or destruction of the evidence subject to seizure, recorded
sworn testimony was given by telephone by _____
_____,

I find probable cause to believe that

[ ] on the person of _____

[X] on the premises known as, 5908  CRAIG  DRIVE
A BROWN SINGLE SIDE, RESIDENCE, w/ WHITE TRIM,
AND #'S 5908 on EXTERIOR
_____ at A N C H O R A G E , Alaska,

there is now being concealed property, namely:

DOCUMENTS RELATING TO SHIPPING/PARCEL SERVICES
SUCH AS AIR BILLS, SHIPPING INVOICES, TRACKING DOCUMENTS,
SHIPPING MATERIALS SUCH AS UPS, DHL, FEDEX
BOXES AND ENVELOPES, TENNIS BALLS, RACQUET
BALLS, TUBES FOR SAME; DOCUMENTS SHOWING
WIRING OR TRANSMITTING OF MONEY SUCH AS MONEY-GRAMS
WIRE TRANSFERS, AS WELL AS DEPOSITING OF MONEY/
RECEIPTS FOR SAME.

Page 1 of 4
CR-706 (7/88) (st.4)                    AS 12.35.010-.120
SEARCH WARRANT                          Crim. R. 37

05 - 56596                    SEARCH WARRANT NO. 05-1286 S&

and that such property (see AS 12.35.020)

☒ 1.  is evidence of the particular crime(s) of _____
       MISCONDUCT   INVOLVING  CONTROLLED  SUBSTANCES

☒ 2.  tends to show that SANDRA E. MITCHELL
       committed the particular crime(s) of  + RONALD SURGISON
       MICS                                                 .

☐ 3.  is stolen or embezzled property.

☐ 4.  was used as a means of committing a crime.

☐ 5.  is in the possession of a person who intends to
       use it as a means of committing a crime.

☐ 6.  is one of the above types of property and is in
       the possession of _____, to whom
       _____ delivered it to conceal it.

☐ 7.  is evidence of health and safety violations.

YOU ARE HEREBY COMMANDED to search the person or premises named
for the property specified, serving this warrant, and if the
property be found there, to seize it, holding it secure pending
further order of the court, leaving a copy of this warrant, and
all supporting affidavits, and a receipt of property taken.  You
shall also prepare a written inventory of any property seized as
a result of the search pursuant to or in conjunction with the
warrant.  You shall make the inventory in the presence of the
applicant for the warrant and the person from whose possession or
premises the property is taken, if they are present, or in the
presence of at least one credible person other than the warrant
applicant or person from whose possession or premises said
property is taken.  You shall sign the inventory and return it and
the warrant within 10 days after this date to any judge as
required by law.

YOU SHALL SERVE THIS WARRANT:

☐ between the hours of 7:00 a.m. and 10:00 p.m.

☐ between the hours of _____ and _____.

☒ at any time of the day or night.

Page 2 of 4
CR-706 (7/88) (st.4)                    AS 12.35.010-.120
SEARCH WARRANT                          Crim. R. 37



05-56596                          SEARCH WARRANT NO. 05-1786 SW

YOU SHALL MAKE THE SEARCH:

☒ immediately.

☐ within _____ (days)(hours).

☐ within 10 days.

☐ contingent upon the happening of the events expected to
  occur as set forth in the supporting testimony, speci-
  fically _____

  _____

(SEAL)
  12/11/05
_____              _____
        Date                               Judge

  4:40  (a.m.)(p.m.)
_____              _____
   Time Issued                      Type or Print Judge's Name

_____

TELEPHONIC SEARCH WARRANTS. If this search warrant was
issued by telephone, the judicial officer named above
has orally authorized the applicant for this warrant to
sign the judicial officer's name. AS 12.35.015(d).

Time Warrant Served: _____

_____

              RECEIPT AND INVENTORY OF PROPERTY SEIZED

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 3 of 4
CR-706 (7/88) (st.4)                    AS 12.35.010-.120
SEARCH WARRANT                          Crim. R. 37

# SEALED

No one, including court personnel, may view the contents of this file until either (1) a criminal charge is filed in the case and the search warrant number is listed on the charging document or (2) a judge issues a written order unsealing the warrant.  Criminal Rule 37(e)

Date Sealed: _12/20/05_          By: _S Alexakis_

Charging Document Filed On _____ Case No. _____.

Warrant Unsealed On: _____ By: _____.

**ORDERS**
**In Addition To The Requirements of Criminal Rule 37(e)**

Related Case Numbers, if known: _____

1. Orders Sealing.
   Date of Order _____ By Judge _____
   Contents to remain sealed:
   ☐ until _____
   _____
   _____

   ☐ indefinitely until unsealing is authorized by written order of the court.

2. Specific Persons Authorized Access While Contents Are Sealed: _____
   _____

   Date of Order: _____ By Judge: _____

| Date Unsealed | Name of Person Viewing Contents | Date Resealed | Clerk's Initials |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. Order Unsealing Contents For Public Inspection.

   Effective Date of Order _____ By Judge _____

**INSTRUCTIONS**

1. To seal this envelope, put tape across the flap.
2. Returns of Service should be filed in another search warrant envelope, marked with the same search warrant number, sealed and stapled to this envelope.

SEARCH WARRANT NO. 05-1286 return

FILED in the Trial Courts
State of Alaska, Third District

DEC 20 2005

Clerk of Trial Courts

By _____ Deputy

05-56596

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

SEARCH WARRANT    NO. 05-12865W

TO:  Any Peace Officer

[X]  Sworn testimony having been given by ___G.K.DORR___
_____,

[ ]  An affidavit having been sworn to before me by_____
_____,

[ ]  Following my finding on the record that there is probable
cause to believe that 1) the presentation of the applicant's
affidavit or testimony personally before a judicial officer
would result in delay in obtaining a search warrant and in
executing the search; and 2) the delay might result in loss
or destruction of the evidence subject to seizure, recorded
sworn testimony was given by telephone by _____
_____,

I find probable cause to believe that

[ ]  on the person of _____

[X]  on the premises known as ___5908 CRAIG DRIVE___
( A BROWN SINGLE STORY RESIDENCE, w/ WHITE TRIM,
AND #'S 5908 ON EXTERIOR )
_____ at ANCHORAGE , Alaska,

there is now being concealed property, namely:

DOCUMENTS RELATING TO SHIPPING/PARCEL SERVICES
SUCH AS AIR BILLS, SHIPPING INVOICES, TRACKING DOCUMENTS,
SHIPPING MATERIALS SUCH AS UPS, DHL, FEDEX
BOXES, AND ENVELOPES, TENNIS BALLS, RAQUET
BALLS, TUBES FOR SAME; DOCUMENTS SHOWING
WIRING OR TRANSMITTING OF MONEY SUCH AS MONEY-GRAMS
WIRE TRANSFERS, AS WELL AS DEPOSITING OF MONEY/
RECEIPTS FOR SAME.

Page 1 of 4
CR-706 (7/88) (st.4)          AS 12.35.010-.120
SEARCH WARRANT                Crim. R. 37



05 - 56596

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _ANCHORAGE_

20

SEARCH WARRANT     NO. _05-12866 SW_

TO:  Any Peace Officer

[X]  Sworn testimony having been given by _____G.K. DORR_____
_____,

[ ]  An affidavit having been sworn to before me by_____
_____,

[ ]  Following my finding on the record that there is probable
cause to believe that 1) the presentation of the applicant's
affidavit or testimony personally before a judicial officer
would result in delay in obtaining a search warrant and in
executing the search; and 2) the delay might result in loss
or destruction of the evidence subject to seizure, recorded
sworn testimony was given by telephone by _____
_____,

I find probable cause to believe that

[ ]  on the person of _____

[X]  on the premises known as  _5908   CRAIG   DRIVE_
_A BROWN SINGLE STORY RESIDENCE,  W/ WHITE TRIM,_
_AND #'S  5908  ON  EXTERIOR_
                              at _ANCHORAGE_, Alaska,

there is now being concealed property, namely:

DOCUMENTS RELATING TO SHIPPING/PARCEL SERVICES
SUCH AS AIR BILLS, SHIPPING INVOICES, TRACKING DOCUMENTS
SHIPPING MATERIALS SUCH AS UPS, DHL, FEDEX
BOXES, AND ENVELOPES, TENNIS BALLS, RACQUET
BALLS, TUBES FOR SAME; DOCUMENTS SHOWING
WIRING OR TRANSMITTING OF MONEY SUCH AS MONEY-GRAMS
WIRE TRANSFERS, AS WELL AS DEPOSITING OF MONEY/
RECEIPTS FOR SAME.

Page 1 of 4
CR-706 (7/88) (st.4)                    AS 12.35.010-.120
SEARCH WARRANT                          Crim. R. 37

05 - 56596                    SEARCH WARRANT NO. _OS-1286 SW_

and that such property (see AS 12.35.020)

☒ 1.    is evidence of the particular crime(s) of _____
        MISCONDUCT INVOLVING CONTROLLED SUBSTANCES

☒ 2.    tends to show that _SANDRA E. MITCHELL_
        committed the particular crime(s) of __ + RONALD SORENSON
        MICS _____.

☐ 3.    is stolen or embezzled property.

☐ 4.    was used as a means of committing a crime.

☐ 5.    is in the possession of a person who intends to
        use it as a means of committing a crime.

☐ 6.    is one of the above types of property and is in
        the possession of _____, to whom
        _____ delivered it to conceal it.

☐ 7.    is evidence of health and safety violations.

YOU ARE HEREBY COMMANDED to search the person or premises named
for the property specified, serving this warrant, and if the
property be found there, to seize it, holding it secure pending
further order of the court, leaving a copy of this warrant, and
all supporting affidavits, and a receipt of property taken. You
shall also prepare a written inventory of any property seized as
a result of the search pursuant to or in conjunction with the
warrant. You shall make the inventory in the presence of the
applicant for the warrant and the person from whose possession or
premises the property is taken, if they are present, or in the
presence of at least one credible person other than the warrant
applicant or person from whose possession or premises said
property is taken. You shall sign the inventory and return it and
the warrant within 10 days after this date to any judge as
required by law.

YOU SHALL SERVE THIS WARRANT:

☐    between the hours of 7:00 a.m. and 10:00 p.m.

☐    between the hours of _____ and _____.

☒    at any time of the day or night.


Page 2 of 4
CR-706 (7/88) (st.4)              AS 12.35.010-.120
SEARCH WARRANT                    Crim. R. 37



05 - 56596                    SEARCH WARRANT NO. *05-1286 SW*

and) that such property (see AS 12.35.020)

[X]  1.  is evidence of the particular crime(s) of _____
         MISCONDUCT   INVOLVING  CONTROLLED  SUBSTANCES

[X]  2.  tends to show that SANDRA E. MITCHELL
         committed the particular crime(s) of  + RONALD SORENSON
         MICS                                         .

[ ]  3.  is stolen or embezzled property.

[ ]  4.  was used as a means of committing a crime.

[ ]  5.  is in the possession of a person who intends to
         use it as a means of committing a crime.

[ ]  6.  is one of the above types of property and is in
         the possession of _____, to whom
         _____ delivered it to conceal it.

[ ]  7.  is evidence of health and safety violations.

YOU ARE HEREBY COMMANDED to search the person or premises named
for the property specified, serving this warrant, and if the
property be found there, to seize it, holding it secure pending
further order of the court, leaving a copy of this warrant, and
all supporting affidavits, and a receipt of property taken.  You
shall also prepare a written inventory of any property seized as
a result of the search pursuant to or in conjunction with the
warrant.  You shall make the inventory in the presence of the
applicant for the warrant and the person from whose possession or
premises the property is taken, if they are present, or in the
presence of at least one credible person other than the warrant
applicant or person from whose possession or premises said
property is taken.  You shall sign the inventory and return it and
the warrant within 10 days after this date to any judge as
required by law.

YOU SHALL SERVE THIS WARRANT:

[ ]  between the hours of 7:00 a.m. and 10:00 p.m.

[ ]  between the hours of _____ and _____.

[X]  at any time of the day or night.

Page 2 of 4
CR-706 (7/88) (st.4)                      AS 12.35.010-.120
SEARCH WARRANT                            Crim. R. 37

05-56596

SEARCH WARRANT NO. 05-1286 SW

YOU SHALL MAKE THE SEARCH:

☒ immediately.

☐ within _____ (days)(hours).

☐ within 10 days.

☐ contingent upon the happening of the events expected to occur as set forth in the supporting testimony, specifically_____

_____

(SEAL)

12/11/05

_____
Date

4:40

(a.m.) (p.m.)
_____
Time Issued

_____
Type or Print Judge's Name

TELEPHONIC SEARCH WARRANTS. If this search warrant was issued by telephone, the judicial officer named above has orally authorized the applicant for this warrant to sign the judicial officer's name. AS 12.35.015(d).

Time Warrant Served:_____

RECEIPT AND INVENTORY OF PROPERTY SEIZED

SEE ATTACHED P + E REPORTS

N/A

Page 3 of 4
CR-706 (7/88) (st.4)
SEARCH WARRANT

AS 12.35.010-.120
Crim. R. 37

05-56596                          SEARCH WARRANT NO. 05-1286 SW

YOU SHALL MAKE THE SEARCH:

[X] immediately.

[ ] within _____ (days)(hours).

[ ] within 10 days.

[ ] contingent upon the happening of the events expected to
    occur as set forth in the supporting testimony, speci-
    fically_____

(SEAL)
12/11/05
_____          _____
      Date                            Judge

4:40  (a.m.)(p.m.)
_____          _____
  Time Issued                  Type or Print Judge's Name


TELEPHONIC SEARCH WARRANTS.  If this search warrant was
issued by telephone, the judicial officer named above
has orally authorized the applicant for this warrant to
sign the judicial officer's name.  AS 12.35.015(d).

Time Warrant Served:_____


        RECEIPT AND INVENTORY OF PROPERTY SEIZED
SEE  ATTACHED  P+E  REPORTS

N/A

Page 3 of 4
CR-706 (7/88) (st.4)                    AS 12.35.010-.120
SEARCH WARRANT                          Crim. R. 37

05 - 56596                 SEARCH WARRANT NO. 05 - 1286 SW

RECEIPT AND INVENTORY OF PROPERTY SEIZED
(Continued)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

RETURN

I received the attached search warrant on 12|11|05 , 19___,
and have executed it as follows:

On 12|11|05 , 19___, at 05:10 (a.m.)(p.m.), I searched
(the person)(the premises) described in the warrant, and I left a

copy of the warrant (with)(at) _____.
                         (person warrant was left with or
                          place warrant was left)

The above inventory of property taken pursuant to the warrant was

made in the presence of J. CAMSON , T. WITTE and of

_____.

I swear that this inventory is a true and detailed account of all
property taken by me on the authority of this warrant.

                                G.K Dorn        APD # 1485
                                _____
                                Name and Title

Signed and sworn to before me on   December 20th , 2005 ,
                                                  19___,
(SEAL)                              Jamie Robinson
                                    Judge  Notary

Page 4 of 4
CR-706 (7/88) (st.)            AS 12.35.010-.120
SEARCH WARRANT                 Crim. R. 37

05 - 56596                    SEARCH WARRANT NO.  05 - 1286 SW

## RECEIPT AND INVENTORY OF PROPERTY SEIZED
### (Continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### RETURN

I received the attached search warrant on  12|11|05  , 19___,
and have executed it as follows:

On  12|11|05  , 19___, at 05:10 (a.m.)(p.m.), I searched
(the person)(the premises) described in the warrant, and I left a

copy of the warrant (with)(at)_____.
                         (person warrant was left with or
                          place warrant was left)

The above inventory of property taken pursuant to the warrant was

made in the presence of  J. CANSON ,  T. WITTE  and of

_____.

I swear that this inventory is a true and detailed account of all
property taken by me on the authority of this warrant.

                              G. K Dorn          APD # 1185
                         _____
                              Name and Title

Signed and sworn to before me on     December 20th    , 2005,

(SEAL)                                Jamie Robinson
                                      ~~Judge~~  Notary

Page 4 of 4
CR-706 (7/88) (st.4)                   AS 12.35.010-.120
SEARCH WARRANT                         Crim. R. 37

OS - 56596                    SEARCH WARRANT NO. $\underline{05 - 1286 \cdot Sw}$

## RECEIPT AND INVENTORY OF PROPERTY SEIZED
### (Continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

### RETURN

I received the attached search warrant on $\underline{12|11|05}$ , 19___,
and have executed it as follows:

On $\underline{12|11|05}$ , 19___, at $\underline{05:10}$ (a.m.)(p.m.), I searched
(the person)(the premises) described in the warrant, and I left a

copy of the warrant (with)(at)_____.
                       (person warrant was left with or
                       place warrant was left)

The above inventory of property taken pursuant to the warrant was

made in the presence of $\underline{J. CANSON}$ , $\underline{T. WITTE}$ and of

_____.

I swear that this inventory is a true and detailed account of all
property taken by me on the authority of this warrant.

                                        G. K Dorn     APD # 1185
                                    _____
                                      Name and Title

Signed and sworn to before me on    $\underline{December\ 20th}$ , $\underline{2005}$ ,

                                      Jamie Robinson
(SEAL)                                  Judge Notary

OS - 56596                          SEARCH WARRANT NO. _OS - 1286 Sw_

RECEIPT AND INVENTORY OF PROPERTY SEIZED
(Continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

RETURN

I received the attached search warrant on _12|11|05_____, 19___,
and have executed it as follows:

On __12|11|05_____, 19___, at _05:10_ (a.m.)(p.m.), I searched
(the person)(the premises) described in the warrant, and I left a

copy of the warrant (with)(at)_____.
                              (person warrant was left with or
                               place warrant was left)

The above inventory of property taken pursuant to the warrant was

made in the presence of _J. CANSON ,  T . WITTE_ and of

_____.

I swear that this inventory is a true and detailed account of all
property taken by me on the authority of this warrant.

                              G.K.Dorn         AP D # 1185
                              _____
                                    Name and Title

Signed and sworn before me on   _December 26th_ , _2005_,

(SEAL)                          _James Robinson_
                                     Judge    Notary

| ☑ FEL | ☐ MISD | ☐ NC | | MUNICIPALITY OF ANCHORAGE | | UCR CODE | | CLASS |
|---|---|---|---|---|---|---|---|---|
| GROSS-REF.# | | | | Anchorage Police Department | | CASE NUMBER 05-56596 | | |
| | | | | PROPERTY & EVIDENCE REPORT | | | | |

| TYPE INCIDENT DRUGS | | ☑ ORIGINAL REPORT ☐ SUPPLEMENTAL REPORT | DATE INCIDENT 12/11/05 | TIME INCIDENT |
|---|---|---|---|---|
| LOCATION INCIDENT 5908 CRAIG | | | DATE REPORTED | TIME REPORTED |
| CODE | NAME (LAST, FIRST, MIDDLE) | D.O.B. | RACE | SEX | S.S.N. | O.L./STATE |
| RESIDENCE ADDRESS | | HM PHONE | WORK ADDRESS | | | WK PHONE |

| | | | | | |
|---|---|---|---|---|---|
| **A** PROPERTY TAG # C47243 | TYPE ARTICLE MISC. DOCS | CODE | BRAND / MAKE MONEY-GRAM | VALUE | EVIDENCE |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # | LOST |
| DATE ENTERED | OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY): MASTER BEDROOM, CLOSET FLOOR + WASTE | | | | FOUND |
| PROP. LOCATION | CAN, BY WITTE + DORR | | | | STOLEN |
| | | | | | RECOV'D |
| **B** PROPERTY TAG # 647244 | TYPE ARTICLE RACQUET BALL + JAR | CODE | BRAND / MAKE PENN | VALUE | EVIDENCE |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # | LOST |
| DATE ENTERED | OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY): FROM MASTER BEDROOM DRESSER, BY WITTE | | | | FOUND |
| PROP. LOCATION | | | | | STOLEN |
| | | | | | RECOV'D |
| **C** PROPERTY TAG # 647245 | TYPE ARTICLE RACQUET BALLS | CODE | BRAND / MAKE | VALUE | EVIDENCE |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # | LOST |
| DATE ENTERED | OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY): UNDER COMPUTER DESK | | | | FOUND |
| PROP. LOCATION | | | | | STOLEN |
| | | | | | RECOV'D |
| **D** PROPERTY TAG # 647246 | TYPE ARTICLE PAPER | CODE | BRAND / MAKE | VALUE | EVIDENCE |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # | LOST |
| DATE ENTERED | OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY): FROM GARBAGE ON DECK | | | | FOUND |
| PROP. LOCATION | | | | | STOLEN |
| | | | | | RECOV'D |

| NARRATIVE / ADDITIONAL INFO: |
|---|
| |

| REPORTING OFFICER | DSN 1485 | DATE WRITTEN 12/11/05 | SUPERVISOR | | DATE | PAGE 1 OF 3 |
|---|---|---|---|---|---|---|

51-100 (Rev. 4/02)

☑ FEL   ☐ MISD   ☐ NC

CROSS-REF.#

**MUNICIPALITY OF ANCHORAGE**
**Anchorage Police Department**
**PROPERTY & EVIDENCE REPORT**

UCR CODE

CLASS

CASE NUMBER
05 - 56596

TYPE INCIDENT
Drugs

☒ ORIGINAL REPORT   ☐ SUPPLEMENTAL REPORT

DATE INCIDENT
12/11/05

TIME INCIDENT

LOCATION INCIDENT
5908 Craig

DATE REPORTED

TIME REPORTED

CODE    NAME (LAST, FIRST, MIDDLE)    D.O.B.    RACE    SEX    S.S.N.    O.L./STATE

RESIDENCE ADDRESS    HM PHONE    WORK ADDRESS    WK PHONE

| | | | | | |
|---|---|---|---|---|---|
| **A** PROPERTY TAG # 647247 | TYPE ARTICLE CANS (2) | CODE | BRAND / MAKE ATHL. WORKS | VALUE | EVIDENCE |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # | LOST |
| DATE ENTERED | OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY): W/ TENNIS BALLS (6) FROM GARBAGE ON | | | | FOUND |
| PROP. LOCATION | DECK, BY G.K DORR | | | | STOLEN |
| | | | | | RECOV'D |

| | | | | | |
|---|---|---|---|---|---|
| **B** PROPERTY TAG # 647248 | TYPE ARTICLE CAN | CODE | BRAND / MAKE | VALUE | EVIDENCE |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # | LOST |
| DATE ENTERED | OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY): EMPTY, FROM GARBAGE ON DECK, G.K DORR | | | | FOUND |
| PROP. LOCATION | | | | | STOLEN |
| | | | | | RECOV'D |

| | | | | | |
|---|---|---|---|---|---|
| **C** PROPERTY TAG # 647249 | TYPE ARTICLE MSA BUCKET | CODE | BRAND / MAKE | VALUE | EVIDENCE |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # | LOST |
| DATE ENTERED | OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY): FROM KITCHEN, BY J. CARSON | | | | FOUND |
| PROP. LOCATION | | | | | STOLEN |
| | | | | | RECOV'D |

| | | | | | |
|---|---|---|---|---|---|
| **D** PROPERTY TAG # 647250 | TYPE ARTICLE CARDBOARD BOX | CODE | BRAND / MAKE ATHL. WORKS | VALUE | EVIDENCE |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # | LOST |
| DATE ENTERED | OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY): W/ 8 TUBES, 24 BALLS, BY J. CARSON, | | | | FOUND |
| PROP. LOCATION | FROM 5900 CRAIG (TOP BAG ADJ. TO RES.) | | | | STOLEN |
| | | | | | RECOV'D |

NARRATIVE / ADDITIONAL INFO:

REPORTING OFFICER
G.K. Dorr

DSN
1485

DATE WRITTEN
12/11/05

SUPERVISOR

DATE

PAGE 2 OF 3

51-100 (Rev. 4/02)

| ☑ FEL | ☐ MISD | ☐ NC | **MUNICIPALITY OF ANCHORAGE** Anchorage Police Department **PROPERTY & EVIDENCE REPORT** | UCR CODE | CLASS |
|---|---|---|---|---|---|
| CROSS-REF.# | | | | CASE NUMBER 05-56596 | |

| TYPE INCIDENT Drugs | ☑ ORIGINAL REPORT ☐ SUPPLEMENTAL REPORT | DATE INCIDENT 12/11/05 | TIME INCIDENT |
|---|---|---|---|
| LOCATION INCIDENT 5908 Craig | | DATE REPORTED | TIME REPORTED |

| CODE | NAME (LAST, FIRST, MIDDLE) | D.O.B. | RACE | SEX | S.S.N. | O.L./STATE |
|---|---|---|---|---|---|---|
| RESIDENCE ADDRESS | | HM PHONE | WORK ADDRESS | | | WK PHONE |

**A** — PROPERTY TAG # 647252 — TYPE ARTICLE Cardboard Box — CODE — BRAND/MAKE — VALUE — EVIDENCE
OTHER DESCRIPTIVE DATA: w/ Shipping Label, by Witte @ 5900
PROP. LOCATION: Craig

**B** — PROPERTY TAG # 647253 — TYPE ARTICLE 4 Tubes (9 Balls) — BRAND/MAKE Dunlop/Penn — EVIDENCE
OTHER DESCRIPTIVE DATA: By Witte, @ 5900 Craig, in same
PROP. LOCATION: Garbage Bag @ 647252

**C** — PROPERTY TAG # 647254 — TYPE ARTICLE Meth Pipe — EVIDENCE
OTHER DESCRIPTIVE DATA: From Master Bedroom By Witte

**D** — PROPERTY TAG # — TYPE ARTICLE — EVIDENCE

NARRATIVE / ADDITIONAL INFO:

REPORTING OFFICER Scofield — DSN 1485 — DATE WRITTEN 12/11/05 — SUPERVISOR — DATE — PAGE 3 of 3

51-100 (Rev. 4/02)