## **EXHIBIT B**

(audio tape filed with Court)