Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**NON-OPPOSED MOTION TO CONTINUE TRIAL FILED ON SHORTENED TIME**

COMES NOW LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., counsel for defendant, and hereby files this non-opposed motion on shortened time to continue trial for a period of one week as well as the final pretrial conference as additional time is needed to allow the parties to conduct their evidentiary hearing as to Mr. Sorensen's two motions to suppress filed with this court. The parties are attempting to conduct the hearing the week of the 14th of August and are awaiting the receipt of a search warrant application cassette/CD tape before the Alaska Magistrate which is relevant to the motions to suppress pending before this court.

On 8/8/06, undersigned counsel conferred by telephone with AUSA David Nesbett who non-opposed the filing of this motion as well as it filing on shortened time.

There is already excludable delay that has occurred the result of the two motions to suppress pending before this court.

Dated at Anchorage, Alaska, this 8th day of August 2006.

        LAW OFFICES OF LANCE C. WELLS, P.C.

        s/Lance C. Wells
        Attorneys for Ronald D. Sorensen
        733 W. 4th Ave, Suite 308
        Anchorage, Alaska 99501
        Phone: 907/274-9696
        Fax: 907/277-9859
        E-mail: lwells@gci.net
        AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 8th day of August, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells