```
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>    v.                            )<br>                                  )<br>RONALD D. SORENSEN,               )<br>                                  )<br>            Defendant.            )<br>_____) | Case No. 3:06-cr-00019-RRB |

**[PROPOSED] ORDER**

       The court having considered the non-opposed motion to continue trial filed on shortened time it is hereby ordered that the motion is granted. Trial is continued until the ___ day of _____, 2006 at ____a.m./p.m. The final pretrial conference is continued until the ___ day of _____, 2006 at ____a.m./p.m.

       Dated: _____                                           _____
                                                                         US District Court Judge

```
CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
8th day of August, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells
```