

3:06-CR-00019 RRB
Exhibit B
re: DKT #56