UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

    USA    v.    RONALD SORENSON

DATE:    August 9, 2006         CASE NO.    3:06-CR-0019-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

      Defendant has filed a Non-Opposed Motion to Continue Trial at Docket 57.  A hearing on Defendant's motion will be held on **Thursday, August 10, 2006, at 9:45 a.m.**, in Courtroom 1 in Fairbanks, Alaska.  Counsel for Plaintiff may attend telephonically by calling Meet-Me-Bridge "A" at 907-677-6246.

M.O. SCHEDULING HEARING