(Rev 8/06)

# LIST OF EXHIBITS

Case No. 3:06-cr-00019-RRB     Judge: **RALPH R. BEISTLINE**

Title   USA
   vs.
        RONALD DALE SORENSON

Dates of Hearing: 8/17/06

Deputy Clerk/Recorder: Linda Christensen

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| DAVID NESBETT | LANCE C. WELLS |
| | |
| | |

-----EXHIBITS-----

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | x | x | Tape of Search Warrant | | | | |
| 2 | x | x | Tape of Search Warrant | | | | |
| 3 | x | x | Tape of Search Warrant | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |