Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSON ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-0019(RRB) |

**TRIAL BRIEF OF RONALD SORENSON**

COMES NOW DEFENDANT RONALD D. SORENSON by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files his Trial Brief in the above matter as follows.

The defendant, RONALD D. SORENSON, is named in a one Count First Superseding Indictment charging Count 1: Conspiracy to Possess with the Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1)&(b)(1)(A); to wit beginning at a time unknown to the grand jury, but at least on or about December 6, 2005, and continuing to at least on or about December 12, 2005, both dates being approximate and inclusive, in Anchorage within the District of Alaska, and in

the State of California and elsewhere, the defendant, and other co-conspirators, both known and unknown to the Grand Jury did unlawfully and knowingly combine, conspire, confederate and agree with each other, to commit the following offense against the United States, to wit: to distribute, and possess with intent to distribute, 50 grams or more of methamphetamine in violation of Title 21 U.S.C. Sections 846, 841(a)(1) and 841(b)(1)(A).

The defendant has entered a plea of not guilty to the above count charged within the indictment. Mr. Sorenson maintains his innocence as to count 1.

The defendant, Mr. Sorenson, intends to put the government to its proof to prove each and every element of the offenses charged beyond a reasonable doubt to a jury.

To defendant's knowledge, there are no statements he has made to members of law enforcement which implicate him. At the time of this writing, the government's trial brief has not yet been received, which may bring to light additional areas that need to be brought to this court's attention, specifically for example, should the government attempt to introduce evidence Rule 404(b) evidence against Mr. Sorenson. Mr. Sorenson reserves the right to supplement his trial brief either orally or in writing upon receipt and review of the government's trial brief.

RESPECTFULLY SUBMITTED this 19th day of August 2006.

        LAW OFFICES OF LANCE C. WELLS, P.C.

        <u>s/Lance C. Wells Bar #9206045AK</u>
Attorney for Ronald D. Sorenson
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: <u>lwells@gci.net</u>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2006, a copy of the foregoing was served electronically:

David Nesbett
Asst. U.S. Attorney

at their electronic addresses of record.

<u>s/Lance C. Wells</u>

3