Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                    Plaintiff,  )<br>)<br>   v.                         )<br>)<br>RONALD D. SORENSEN,        )<br>)<br>                    Defendant.  )<br>_____) | Case No. 3:06-cr-00019-RRB |

**NOTICE OF INTENT TO CHANGE PLEA**

      COMES NOW LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., counsel for defendant, and hereby gives notice of the defendant's intent to change his plea on September 28, 2006. There is no written plea agreement. The terms will be set forth upon the record.

      Dated at Anchorage, Alaska, this 25th day of August 2006.

                              LAW OFFICES OF LANCE C. WELLS, P.C.

                              s/Lance C. Wells
                              Attorneys for Ronald D. Sorensen
                              733 W. 4th Ave, Suite 308
                              Anchorage, Alaska 99501
                              Phone: 907/274-9696
                              Fax: 907/277-9859

```
                                  E-mail: lwells@gci.net
                                  AK # 9206045


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
August 25th, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells
```