UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA  v.  SORENSON 

DATE:   August 25, 2006          CASE NO.   3:06-CR-0019-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**VACATING TRIAL DATE AND SCHEDULING PLEA HEARING**

---

Defendant has filed a Notice of Intent to Change Plea at Docket 80.  Based thereon, the jury trial is **vacated** and a change of plea hearing will be held on **Monday, August 28, 2006, at 8:30 a.m.**, in Courtroom 2.