Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**DEFENDANT'S FIRST MOTION IN LIMINE TO SUPPRESS EVIDENCE DERIVED FROM SEARCH WARRANT 3AN-05-1286 SW, NEIGHBORS TRASH AND MS. MITCHELL'S STATEMENT**

COMES NOW DEFENDANT RONALD D. SORENSEN by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby moves this court to suppress all evidence derived from Search Warrant 3AN-05-1286 SW including all evidence derived from the neighbors garbage including Ms. Mitchell's statement.

This motion is supported by the attached memorandum of law filed concurrently herewith. A proposed order for this court's signature is attached hereto. An evidentiary hearing is

hereby demanded. It is expected that the evidentiary hearing will take no more than one to two hours in which to complete.

Dated at Anchorage, Alaska, this 27th day of August 2006.

    LAW OFFICES OF LANCE C. WELLS, P.C.

    s/Lance C. Wells
    Attorneys for Ronald D. Sorensen
    733 W. 4th Ave, Suite 308
    Anchorage, Alaska 99501
    Phone: 907/274-9696
    Fax: 907/277-9859
    E-mail: lwells@gci.net
    AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells