Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RONALD D. SORENSEN, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:06-cr-00019-RRB |

**ORDER**
**ON MOTION IN LIMINE TO SUPPRESS EVIDENCE**
**DERIVED FROM SEARCH WARRANT 3AN-05-1286 SW, INCLUDING EVIDENCE**
**DERIVED FROM THE NEIGHBOR'S TRASH & STATEMENT OF MS. MITCHELL**

The court having considered defendant's motion in limine to suppress evidence, opposition and any reply having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion in limine to suppress is GRANTED. All evidentiary items, obtained as a result of the issuance of Search Warrant 3AN-05-1286 SW, are hereby SUPPRESSED in their entirety, including all items derived from the neighbor's garbage/trash. It is further ordered that Ms. Mitchell's

statement made to arresting officers at DEA headquarters is also suppressed.

    DATED at Anchorage, Alaska, this ___ day of ____ 2006.

                _____
                U.S. District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
August 27th, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells