Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.            ) | |
| ) | |
| RONALD D. SORENSEN,            ) | |
| ) | |
| Defendant.   ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**MOTION TO WITHDRAW PLEA**

COMES NOW DEFENDANT RONALD D. SORENSEN by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby moves to withdraw his plea of guilty entered in the above matter, and have this matter proceed to trial as was previously scheduled.

This motion is supported by the attached memorandum of law filed and affidavit of defendant and counsel filed herewith. A proposed order for this court's signature is attached hereto.

Dated at Anchorage, Alaska, this 13th day of September 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorneys for Ronald D. Sorensen
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells