Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**[PROPOSED] ORDER**

The court having considered defendant's motion to withdraw his plea and any opposition having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion to withdraw plea is granted.

DATED at Anchorage, Alaska, this ___ day of ____ 2006.

_____
U.S. District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 13th of September, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells