Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSON, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:06-cr-00019-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, Lance C. Wells, depose and state as follows:

1.   I am the attorney of record for defendant Ronald Sorenson in the above-captioned action.

2.   As this court is aware, Mr. Sorensen recently pled guilty as charged in the first superseding indictment.

3.   Certain concessions were made to Mr. Sorensen as a result of his guilty plea.

4.   Subsequent to Mr. Sorensen entering his guilty plea, I received notice by telephone (as I was out of town at the time, and only recently returned) that Mr. Sorensen wished to withdraw his plea.

5. I met with Mr. Sorensen on September 7, 2006.

6. Mr. Sorensen explained to me the reasons why he wished to withdraw his plea, and they are set forth within his affidavit in support of motion to withdraw plea filed concurrently herewith.

7. I believe it best that Mr. Sorensen be appointed conflict counsel.

8. I have been privately retained to represent Mr. Sorensen.

9. Mr. Sorensen has indicated to me that he does not have any additional funds in which to continue hiring attorneys.

10. I believe it necessary for conflict counsel to be appointed, at least for the purposes of the motion to withdraw plea, as there is little doubt that I will be called as a witness to testify.

11. I believe it best that conflict counsel be appointed for Mr. Sorensen, immediately.

12. Furthermore, conflict counsel may further wish to develop the motion to withdraw his plea of guilty.

13. He is further alleging that I did not review his discovery with him nor the indictment and that he was simply told to say "yes," during the court proceeding. I will testify to these allegations if I am called as a witness during an evidentiary hearing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 13th day of September 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/ Lance C. Wells
Lance C. Wells
Alaska Bar No. 9206045
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net

SUBSCRIBED AND AFFIRMED before me this __$^{th}$ day of September 2006, at Anchorage, Alaska.

By:_____s/Sharon R. Leippi_____
    Notary Public in & for Alaska
    My commission expires: June 8/10

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells