Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )   | |
| Plaintiff,   ) | |
| )   | |
| v.   ) | |
| )   | |
| RONALD D. SORENSEN,   ) | |
| )   | |
| Defendant.   ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

### NOTICE OF FILING UNSIGNED AFFIDAVIT OF RONALD D. SORENSEN

COMES NOW DEFENDANT RONALD D. SORENSEN by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby files his affidavit, unsigned, in support of his motion to withdraw plea.

The signed and notarized affidavit will be filed upon its receipt from defendant and served upon Asst. U.A. Attorney, David Nesbett.

Dated at Anchorage, Alaska, this 13th day of September 2006.

                                    LAW OFFICES OF LANCE C. WELLS, P.C.

                                    s/Lance C. Wells
                                    Attorneys for Ronald D. Sorensen

733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells

Case 3:06-cr-00019-RRB   Document 87   Filed 09/13/2006   Page 2 of 2

*NOTICE OF FILING UNSIGNED AFFIDAVIT OF RONALD D. SORENSEN*
*United States of America v. Ronald D. Sorensen*                                        *Page 2 of 2*
*Case No. 3:06-cr-00019-RRB*