Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RONALD D. SORENSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:06-cr-00019-RRB |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW PLEA**

### I.   Facts.

Defendant Ronald Sorensen recently entered a plea of guilty to conspiracy to possess with the intent to distribute methamphetamine in violation of 21 U.S.C. § 846, 841(a)(1) & (b)(1)(A). The court went through the plea colloquy with Mr. Sorensen, and ultimately accepted Mr. Sorensen's plea of guilty in the above matter. His sentencing date was subsequently scheduled, and the matter referred to the United States Probation Office for preparation of the draft pre-sentence report. Subsequent to the change of plea, in which Mr. Sorensen

entered a plea of guilty, undersigned counsel was notified of Mr. Sorensen's intent to move to withdraw his plea.

## II. Argument.

Federal Rule of Criminal Procedure 32(d) states as follows: Plea Withdrawal. If a motion for withdrawal of a plea of guilty or nolo contendere is made before sentence is imposed, imposition of sentence is suspended, or disposition is had under 18 U.S.C. §4205(c), the court may permit withdrawal of the plea upon a showing by the defendant of any fair and just reason. At any later time, a plea may be set aside only on direct appeal or by motion. See 28 U.S.C. §2255. Motions for withdrawal of plea, made before disposition under 18 U.S.C. §4205(c), are thus determined under the "fair and just reason" standard, which is a more lenient test than that applied on post-sentencing review. Federal Rule of Criminal Procedure 32(d), *Notes of Advisory Committee,* 1983 amended. See also United States v. Rios-Ortiz, 830 F.2d 1067.

In United States v. Reed, 778 F.2d 1437, 1490 (9th Cir. 1985), cert. denied, 479 U.S. 835, 107 S.Ct 131, 93 L.Ed.75 (1986), and United States v. Castello, 724 F.2d 813, 814 (9th Cir.), cert. denied, 467 U.S. 1254, 104 S.Ct 3540, 82 L.Ed.2d 84 (1984), the court held that a defendant bears the burden of showing a fair and just reason for withdrawal of a guilty plea, and that the defendant has no "right" to withdraw his plea. It

is defendant's position that he has shown fair and just reasons to allow him to withdraw his plea of guilty. See affidavit of defendant attached hereto. It is not simply a matter of the fact that defendant has changed his mind. Defendant alleges pressure, coercion, as well as wanting to litigate due process violations.

The Ninth Circuit has repeatedly held that the decision to permit or deny withdrawal of a guilty plea is within the District Court's sound discretion. <u>United States v. Del Valle-Rojas</u>, 463 F.2d 228, 229 (9th Cir. 1972); <u>United States v. Fragoso-Gastellum</u>, 456 F.2d 1287, 1288 (9th Cir), cert. denied, 406 U.S. 970, 92 S.Ct 2427, 32 L.Ed.2d 669 (1972). Accordingly, the Court of Appeals has not overturned a denial of a motion to withdraw a guilty plea absent something more than the defendant's change of mind. <u>Kadwell v. United States</u>, 315 F.2d 667 (9th Cir. 1963).

### III. Conclusion.

It is respectfully requested, based on the above, that defendant Ronald Sorensen be allowed to withdraw his plea of guilty in the above matter, and proceed to trial as was originally scheduled.

Dated at Anchorage, Alaska, this 13th day of September 2006.

                                               LAW OFFICES OF LANCE C. WELLS, P.C.

                                               <u>s/Lance C. Wells</u>
                                               Attorneys for Ronald D. Sorenson
                                               733 W. 4th Ave, Suite 308

```
                                Anchorage, Alaska 99501
                                Phone: 907/274-9696
                                Fax: 907/277-9859
                                E-mail: lwells@gci.net
                                AK # 9206045
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells