Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONALD D. SORENSEN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cr-00019-RRB |

**MOTION TO WITHDRAW**

COMES NOW undersigned counsel, Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C., privately retained in the above matter and hereby moves to withdraw from this matter, at least during the pendency of defendant's Motion to Withdraw Plea previously filed.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this court's signature is attached hereto.

Dated at Anchorage, Alaska, this 15th day of September 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorneys for Ronald D. Sorensen
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells