Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-cr-00019-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, Lance C. Wells, depose and state as follows:

1. I am the attorney of record for defendant Ronald Sorenson.

2. I make this motion to withdraw from the above matter.

3. Mr. Sorensen has requested that I file a motion to withdraw his plea.

4. Mr. Sorensen has indicated to me that I will be called as a witness to testify, should an evidentiary hearing be granted as to his motion to withdraw plea previously filed.

5. I explained to Mr. Sorensen that I could not, and would not, act as his attorney and testify as a witness in court as it

will create a conflict of interest.

    6.   I believe this court should appoint conflict counsel, at least during the pendency of his Motion to Withdraw Plea.

    7.   Should the motion be denied, I am willing to continue to represent Mr. Sorensen at sentencing.

    8.   I have explained this to Mr. Sorensen, and he is aware of the ethical position that I am in.

    9.   I respectfully request this court to allow me to withdraw from this matter, at least during the pendency of the motion to withdraw Mr. Sorensen's plea.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 15th day of September 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/ Lance C. Wells
Lance C. Wells
Alaska Bar No. 9206045
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net

SUBSCRIBED AND AFFIRMED before me this 15th day of September 2006, at Anchorage, Alaska.

By:     s/Sharon R. Leippi
    Notary Public in & for Alaska
    My commission expires: June 8/10

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
September 15th, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Ronald D. Sorensen*         *Page 2 of 3*
*Case No. 3:06-cr-00019-RRB*

s/Lance C. Wells