Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RONALD D. SORENSEN, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:06-cr-00019-RRB |

**ORDER ON MOTION TO WITHDRAW**

It is hereby ORDERED, ADJUDGED and DECREED that Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C. is hereby allowed to withdraw from this matter.

Conflict counsel shall be immediately appointed to represent Mr. Sorensen through the Criminal Justice Act.

DATED at Anchorage, Alaska, this ___ day of ____ 2006.

_____
Hon. Ralph R. Beistline
U.S. District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
September 15th, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells