UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   RONALD SORENSON

DATE:   September 19, 2006    CASE NO.   3:06-CR-0019-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION TO WITHDRAW**

---

     Defendant entered a guilty plea in this matter and is scheduled to be sentenced on November 8, 2006. Recently counsel filed a Motion to Withdraw at Docket 91, as well as a Motion to Withdraw Plea at Docket 85.

     The Court will, in due course, address Defendant's Motion to Withdraw Plea. Before doing so, the Motion to Withdraw must be resolved. In an abundance of caution, the issue regarding counsel shall be addressed by the Chief Judge. Thereafter, this Court will address the Motion to Withdraw Plea. The Motion to Withdraw at Docket 91 is referred to Chief Judge Sedwick for ruling.

M.O. RE MOTION TO WITHDRAW