### MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    RONALD DALE SORENSEN

THE HONORABLE JOHN W. SEDWICK    CASE NO.    3:06-cr-00019-RRB

Deputy Clerk

Robin M. Carter

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

      The motion by defense counsel to withdraw at docket 91 has been referred for consideration. A hearing on the motion to withdraw will be held at 9:30 AM on October 5, 2006.

DATE:  September 20, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  rmc
Deputy Clerk

[FORMS*IA*]