```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. RONALD DALE SORENSEN     CASE NO. 3:06-CR-00019-JWS
Defendant: X Present X In Custody

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           ELISA SINGLETON

UNITED STATES' ATTORNEY:         DAVID NESBETT

DEFENDANT'S ATTORNEY:            LANCE WELLS

PROCEEDINGS: MOTION TO WITHDRAW (held 10/5/2006)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

Court and counsel heard re Motion to Withdraw.

At 9:32 a.m. government counsel exited the courtroom.

Court proceeded on an ex parte sealed record.

At 9:44 a.m. court resumed public record.

Court heard. Defendant's Motion to Withdraw Attorney is GRANTED in part DENIED in part. The Federal Public Defender is to appoint counsel to represent the defendant re Motion to Withdraw Plea (dkt 85). Mr. Wells remains counsel for all other matters in this case.

At 9:450 a.m. court adjourned.

DATE: October 5, 2006          DEPUTY CLERK'S INITIALS: ES