UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  SORENSEN  </u>

DATE:  <u>  October 23, 2006  </u>     CASE NO.  <u>  3:06-CR-0019-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
              RE PLEA**

---

      Before the Court is Defendant's Motion to Withdraw Plea at Docket 85.  Attorney John Pharr has been appointed for the limited purpose of addressing this motion.

      Mr. Pharr shall confer with his client and notify the Court when he will be ready to proceed with an evidentiary hearing in this matter.  Counsel shall also provide the Court with a transcript of the change of plea hearing conducted herein if said hearing has been transcribed.

M.O. RE PLEA