IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,                                    )<br>        Plaintiff,                  )<br>                                         )<br>vs.                                      )<br>                                         )<br>RONALD SORENSON,            )<br>        Defendant.                )<br>_____)   | Case No.  3:06-CR-00019-RRB |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO DRAFT PRESENTENCE REPORT AND TO CONTINUE SENTENCING**

COMES NOW LANCE C. WELLS, counsel of record for DEFENDANT RONALD SORENSON named above and hereby files this non-opposed motion for an extension of time until 11/14/06, in which to file my client's objections to the draft presentence report and to continue sentencing for three weeks from the current date of 11/8/06. Currently the objections to the draft report are due today.

This non-opposed motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this courts signature is attached hereto.

Dated this 24th day of October, 2006.

LAW OFFICES OF Lance C. Wells, P.C.

_____
Attorney for Plaintiff
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar #9206045

**Certificate of Service**

       On 10/24/06, a copy of this motion, affidavit of counsel and proposed order were served

electronically upon D. Nesbett, AUSA at his electronic address of record and by hand deliver courier to US probation & Pretrial Services.

       By: ___/s_____
  Lance C. Wells