Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**ORDER**

The court having considered defendant's non-opposed motion to for extension of time to file objections to the draft presentence report and to continue sentencing and good cause having been shown, it is hereby Ordered, Adjudged and Decreed:

That objections to the draft presentence report shall be filed by ____ day of _____, 2006 and sentencing is hereby continued until the ____ day of _____, 2006 at ___a.m./p.m. in courtroom number ____.

DATED at Anchorage, Alaska, this ___ day of ____ 2006.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
Oct. 24th, 2006, a copy
of the foregoing was served
electronically upon:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

& by hand courier upon The office  of
US Probation & Pretrial Services

s/Lance C. Wells
9206045 AK Bar #