Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| RONALD D. SORENSON, | ) ) ) | |
| Defendant. | ) ) | Case No. 3:06-cr-00019-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

| STATE OF ALASKA | ) | |
|---|---|---|
| | ) ss. | |
| THIRD JUDICIAL DISTRICT | ) | |

I, Lance C. Wells, depose and state as follows:

1.  I am the attorney of record for the defendant, Ronald D. Sorenson, in the above-captioned action.

2.  Today, objections to the draft presentence report are due.

3.  As this court is aware, the defendant currently has pending before this court his motion to withdraw his plea. That motion has not yet been ruled upon, nor has an evidentiary hearing been calendared yet.

4.  I am requesting an additional three weeks to file the objections to the draft report. That should allow the court time

to conduct an evidentiary hearing and if the plea is not allowed to be withdrawn, objections to the draft will be timely filed. Alternatively, if his plea is allowed to be withdrawn, there will be no need to file objections at this time, as he will not have been convicted and the matter will proceed to trial.

    5.   I am further requesting that sentencing be continued for at least an additional three weeks past the current date of 11/08/06, or as soon as time permits upon the court's calendar.

    6.   On 10/24/06, I spoke by telephone with AUSA Nesbett who non-opposed the filing of this motion.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

    DATED at Anchorage, Alaska, this 24th day of October 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/ Lance C. Wells
Lance C. Wells
Alaska Bar No. 9206045

    SUBSCRIBED AND AFFIRMED before me this 24th day of October 2006, at Anchorage, Alaska.

By:_____s/Sharon R. Leippi_____
Notary Public in & for Alaska
My commission expires: June 8/10

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
Oct. 24th, 2006, a copy
of the foregoing was served
electronically upon:

D. Nesbett
Asst. U.S. Attorney

and by hand courier upon the
Office of Federal Probation
& Pretrial Services.

s/Lance C. Wells