Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| RONALD D. SORENSEN, | ) ) |
| Defendant. | ) ) ) Case No. 3:06-cr-00019-RRB |

### ORDER

The court having considered defendant's non-opposed motion to for extension of time to file objections to the draft presentence report and to continue sentencing and good cause having been shown, it is hereby Ordered, Adjudged and Decreed:

That objections to the draft presentence report shall be filed by _14_ day of _November_ 2006 and sentencing is hereby continued until the _4_ day of _December_ 2006 at _9:00_ a.m. /p.m. in courtroom number _2_.

DATED at Anchorage, Alaska, this _25_ day of _Oct_ 2006.

S/ RALPH R BEISTLINE
U.S. District Court Judge