**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD SORENSON, )<br>    Defendant. )<br>_____ ) | **Case No.  3:06-CR-00019-RRB** |

**[PROPOSED] ORDER**

Good cause having been shown, it is hereby ordered that the Non-Opposed Motion for Extension of Time filed by counsel for defendant in which to file objections to the draft presentence report is hereby granted. All objections to the draft report shall be filed on or before 12/5/06.

Dated: ____          _____
                     Hon U.S. District Court Judge


**Certificate of Service**

On 11/14/06, a copy of this motion, affidavit of counsel and proposed order were served electronically upon D. Nesbett, AUSA at his electronic address of record.

By: ___/s_____
    Lance C. Wells