IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>　　　Plaintiff, )<br> )<br>vs. )<br> )<br>RONALD SORENSON, )<br>　　　Defendant. )<br>_____) | Case No.  3:06-CR-00019-RRB |

### AFFIDAVIT OF LANCE C. WELLS

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney for the defendant in the above matter.

2. I am again requesting a three week extension of time in which to file my client's objections to the draft presentence report.

3. As this court is aware, the defendant has moved to withdraw his plea.

4. Conflict counsel has been appointed.

5. No evidentiary hearing has of yet been calendared or held.

6. I do not wish to prepare objections to the draft presentece report if my client is allowed to withdraw his plea entered previously.

7. I am requesting an additional three weeks until December 5, 2006, in which to file objections.

8. On November 14, 2006, I received a telephone recorded message from AUSA David Nesbett who non-opposed the filing of this motion.

9. I request my non-opposed motion be granted.

　　Dated: 11/14/06　　　　　　　　_____/s_____
　　　　　　　　　　　　　　　　　　Lance C. Wells

Subscribed and sworn to before me this 13th day of July, 2006 in Anchorage, AK.

_____/s_____
Sharon R. Leippi
Notary Public in and for Alaska
My Commission Expires: 6/8/2010

**Certificate of Service**

On 11/14/06, a copy of this motion, affidavit of counsel and proposed order were served electronically upon D. Nesbett, AUSA at his electronic address of record.

By: ___/s_____
Lance C. Wells