IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA,            )
    Plaintiff,   )
                  )
vs.             )
                  )
RONALD SORENSON, )
    Defendant.   )
                  )    Case No. 3:06-CR-00019-RRB

[~~PROPOSED~~] ORDER

Good cause having been shown, it is hereby ordered that the Non-Opposed Motion for Extension of Time filed by counsel for defendant in which to file objections to the draft presentence report is hereby granted. All objections to the draft report shall be filed on or before 12/5/06.

Dated: 11/14/06     S/RALPH R BEISTLINE
                            Hon U.S. District Court Judge