Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**NOTICE OF READINESS FOR EVIDENTIARY HEARING**

COMES NOW DEFENDANT RONALD D. SORENSEN by and through John C. Pharr, appointed counsel, and hereby notifies the court of readiness for an evidentiary hearing on his motion to withdraw plea.

Dated at Anchorage, Alaska, this 28th day of November 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorneys for Ronald D. Sorensen
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

s/John C. Pharr

Case 3:06-cr-00019-RRB    Document 111    Filed 11/28/2006    Page 2 of 2

*NOTICE OF READINESS FOR EVIDENTIARY HEARING*
*United States of America v. Ronald D. Sorensen*                    *Page 2 of 2*
*Case No. 3:06-cr-00019-RRB*