UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 USA  v.  RONALD SORENSEN 

DATE:   November 29, 2006     CASE NO.    3:06-CR-0019-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE EVIDENTIARY HEARING AND SENTENCING**

An evidentiary hearing on Defendant's Motion to Withdraw Plea at Docket 85 will be held on **Tuesday, December 5, 2006,** at **10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

The sentencing scheduled for December 4, 2006, is **VACATED** and will be reset, if necessary, once the status of Defendant's plea has been resolved.

M.O. RE EVIDENTIARY HEARING/SENTENCING