NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br> vs.                             )<br>                                 )<br> RONALD D. SORENSEN,             )<br>                                 )<br>         Defendant.              )<br>                                 ) | No. 3:06-cr-00019-RRB-JDR<br><br>**<u>UNITED STATES' MOTION TO CONTINUE EVIDENTIARY HEARING</u>** |

The court has scheduled an evidentiary hearing for Tuesday, December 5, 2006, concerning the defendant's motion to withdraw his plea.  The undersigned will be out of the state in Seattle, Washington, arguing a case before the Ninth Circuit on that day.  Due to the specific circumstances and the current status of the case, the undersigned would prefer to appear on behalf of the government instead of re-assigning the case to another attorney.

The government, therefore, respectfully requests that the court re-set the hearing for Wednesday through Friday of the same week or another time convenient for the court.  Counsel for the defendant, Mr. John Pharr, has been contacted and does not oppose this motion.

RESPECTFULLY SUBMITTED this <u>29th</u> day of November, 2006, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> <u>s/ David A. Nesbett</u>
> Special Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, Rm 253
> Anchorage, Alaska  99513-7567
> Phone: (907) 271-6306
> Fax: (907) 271-1500
> E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2006,
a copy of the foregoing  was served
electronically on Lance Wells and John Pharr.

<u>s/ David A. Nesbett</u>