IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00019-RRB-JDR |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| RONALD D. SORENSEN, | ) | |
| Defendant.. | ) | |

Having considered the government's motion to continue the evidentiary hearing in this case, IT IS HEREBY ORDERED that the Evidentiary Hearing presently set for Tuesday, December 5, 2006, is VACATED and CONTINUED to _____, \_\_\_, 2006, at _____ \_\_. m. in Courtroom \_\_\_\_.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this \_\_\_\_\_ day of November, 2006.

_____
United States District Court Judge