IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00019-RRB-JDR |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| RONALD D. SORENSEN, | ) | |
| | ) | |
| Defendant.. | ) | |
| | ) | |

Having considered the government's motion to continue the evidentiary hearing in this case, IT IS HEREBY ORDERED that the Evidentiary Hearing presently set for Tuesday, December 5, 2006, is VACATED and CONTINUED to December, 6, 2006, at 9:00 A.m. in Courtroom 2.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this 30 day of November, 2006.

\s\ RALPH R BEISTLINE
United States District Court Judge