MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. RONALD DALE SORENSEN    CASE NO. 3:06-cr-00019-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       DAVID NESBETT

DEFENDANT'S ATTORNEY:          JOHN PHARR

U.S.P.O.:                      BARBARA BURTON

PROCEEDINGS: STATUS CONFERENCE (EVIDENTIARY HEARING)
             HELD DECEMBER 6, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

Court and counsel heard re defendant's intent to hire Richard Kibby.

Court and counsel heard re defendant's oral motion to continue hearing; **GRANTED.** Continued Evidentiary Hearing set for **January 9, 2007 at 9:30 a.m.**

Defendant's detention continued.

At 9:17 a.m. court adjourned.

DATE:     December 6, 2006       DEPUTY CLERK'S INITIALS:   ak