```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs. RONALD DALE SORENSEN      CASE NO. 3:06-cr-00019-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        DAVID NESBETT

DEFENDANT'S ATTORNEY:           JOHN PHARR

U.S.P.O.:                       BARBARA BURTON
```

PROCEEDINGS: CONTINUED EVIDENTIARY HEARING HELD JANUARY 9, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:35 a.m. court convened.

Ronald D. Sorensen sworn and testified on his own behalf.

Court and counsel heard re defendant's First Motion to Withdraw Plea of Guilty (docket 85); **DENIED.** Imposition of Sentence set for **February 8, 2007 at 9:00 a.m.**

Court and counsel heard re defense counsel's oral motion to be excused from the case; **GRANTED;** court instructed Mr. Pharr to notify Mr. Wells and only after that would his obligation of representation be over.

Defendant's detention continued.

List of Witnesses filed separately.

At 10:39 a.m. court adjourned.

DATE:       January 9, 2007           DEPUTY CLERK'S INITIALS:   ak