UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00019-RRB-1 |
| ) | |
| ) | |
| Plaintiff(s), ) | MOTION AND APPLICATION |
| vs. ) | OF NON-RESIDENT ATTORNEY |
| ) | FOR PERMISSION TO APPEAR |
| RONALD DALE SORENSEN, ) | AND PARTICIPATE IN THE |
| ) | UNITED STATES DISTRICT COURT |
| Defendant. ) | FOR THE DISTRICT OF ALASKA |
| ) | |

To the Honorable Judge of the above-entitled court:

I, **STEVEN JAY ROZAN**, hereby apply for permission to appear and participate as counsel for RONALD DALE SORENSEN, defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

   **X  I am a registered participant in the CM/ECF System for the District of Alaska.**

I have concurrently herewith submitted an application to the Clerk of the Court

for registration as a participant in the CM/ECF System for the District of Alaska.

For the reasons set forth in the attached memorandum.

**OR**

**N/A** I hereby designate, _____ , a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:

_____
(Signature)

Name:

Address:

Telephone:                          e-mail:

Consent of Local Counsel*

**N/A** I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

Name:

Address:

Telephone:                          e-mail:

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____        _____
                                    UNITED STATES DISTRICT JUDGE
                                         For the District of Alaska

# DECLARATION OF NONRESIDENT ATTORNEY

Full Name:    STEVEN JAY ROZAN

Business Address: 5051 WESTHEIMER ROAD, SUITE-725, HOUSTON, TEXAS 77056
<span style="font-size:smaller">(Mailing/Street)                                                                 (City, State, ZIP)</span>

Residence: SAME

Business Telephone: 713-627-3608        e-mail address: sjrozan@yahoo.com

Other Names/Aliases: NONE.

Jurisdictions to Which Admitted and year of Admission:

| Date Admitted | Court |
|---|---|
| * 1980 | United States Supreme Court |
| * 1972 | Fifth Circuit/U. S. Court of Appeals |
| * 2003 | Sixth Circuit/U.S. Court of Appeals |
| * 2002 | Ninth Circuit/U. S. Court of Appeals |
| * 1980 | Tenth Circuit/U. S. Court of Appeals |
| * 1971 | United States District Court for the Southern District of Texas [FED ID 1136] |
| * 1977 | United States District Court for the Northern District of Texas |
| * 1977 | United States District Court for the Eastern District of California |
| * 1990 | United States District Court for the District of Arizona |
| * 1980 | United States District Court for the District of Colorado |
| * 1975 | United States Court of Military Appeals |
| * 2004 | United States Court of Appeals for the Armed Forces |
| * 1975 | United States Court of Customs and Patent Appeals |
| 1970 | Supreme Court of Texas [State Bar of Texas No.17357000] |
| 1980 | Supreme Court of Colorado [State Bar of Colorado No. 010381] |
| * 1975 | D. C. Court of Appeals [D. C. Bar No. 209262] |

*[Approximate date]

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

**No**.

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

**No.**

In accordance with D.Ak. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A copy of a Certificate of Good Standing from the United States District Court for the Southern District of Texas is attached as EXHIBIT-1. The Original Certificate of Good Standing will be sent to the Court for overnight delivery by FEDEX this date

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: January 25, 2007                              /s/_____

                                                     STEVEN JAY ROZAN