# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Steven Jay Rozan** Bar #1136, was duly admitted to practice in said Court on December 31, 1985, and is in good standing as a member of the bar of said Court.

Dated January 25, 2007 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Mary Perales, Deputy Clerk

