Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**MOTION TO CONTINUE SENTENCING**

*[Filed on Shortened Time]*

COMES NOW DEFENDANT RONALD D. SORENSON by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby files on shortened time his motion to continue sentencing in the above matter for a period of thirty days.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is attached hereto.

Dated at Anchorage, Alaska, this 1st day of February 2007.

LAW OFFICES OF LANCE C. WELLS, P.C.

<pre>
                                        s/Lance C. Wells
                                        Attorneys for Ronald D. Sorenson
                                        733 W. 4th Ave, Suite 308
                                        Anchorage, Alaska 99501
                                        Phone: 907/274-9696
                                        Fax: 907/277-9859
                                        E-mail: lwells@gci.net
                                        AK # 9206045
</pre>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 1st day of Feb., 2007, a copy of the foregoing was served electronically upon:

A. Renschen
Asst. U.S. Attorney

and

Steven Rozan, Esq.

s/Lance C. Wells