Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>RONALD D. SORENSEN,           )<br>                              )<br>           Defendant.         )<br>_____) | Case No. 3:06-cr-00019-RRB |

**<u>ORDER</u>**

The court having considered the Defendant's Motion to Continue Sentencing Filed on Shortened Time, it is hereby ordered that the motion is granted. The currently scheduled sentencing date of 2/8/07, is hereby vacated and the matter rescheduled for the ____ day of _____, 2007, at the hour of ___a.m./p.m. in courtroom number ____. The defendant's sentencing memorandum is due no later than seven days prior to sentencing.

DATED at Anchorage, Alaska, this ___ day of ____ 2007.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 1st day of Feb., 2007, a copy of the foregoing was served electronically upon:

A. Renschen
Asst. U.S. Attorney

and

Steven Rozan, Esq.

s/Lance C. Wells