Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-cr-00019-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, Lance C. Wells, depose and state as follows:

1. I am the attorney of record for the defendant, Ronald D. Sorenson, in the above-captioned action.

2. Today, the defendant's sentencing memorandum is due to the court. I am requesting that sentencing be continued for a period of thirty days.

3. Yesterday, I received via CM/ECF system, documentation that the defendant had retained Texas attorney Steven J. Rozan, Esq. to represent him in this matter. I spoke with Mr. Rozan late yesterday afternoon and he did in fact inform me that he had been retained to represent the defendant at his sentencing and most

likely on appeal as well.

    4.   Mr. Rozan has motioned this court for permission to appear and participate in the United States District Court for the District of Alaska. See Docket/Document 122-1. I do not oppose his motion.

    5.   If the court will not let him appear on his own, I do not oppose a motion to appear Pro Hac Vice either should he so desire to file one. I will be relieved from any further representation of the defendant if Mr. Rozan is allowed to enter this case via a substitution of counsel. I urge the court to grant his motion.

    6.   I am requesting on behalf of Mr. Rozan a continuance of sentencing for a period of at least thirty days. This will allow Mr. Rozan and I to meet and confer, review the file and for him to have time to come to Alaska and meet with the defendant personally prior to sentencing.

    7.   On 2/1/07, I spoke with AUSA Audrey Renschen, who did not take a position on this motion as she has recently taken over the case from AUSA David Nesbett.

    8.   I am requesting relief in accordance with this motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 1st day of February 2007.

                           LAW OFFICES OF LANCE C. WELLS, P.C.

                           s/ Lance C. Wells
                           Lance C. Wells
                           Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 1st day of February 2007, at Anchorage, Alaska.

By: _____s/Sharon R. Leippi_____
Notary Public in & for Alaska
My commission expires: June 8/10

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 1st day of Feb., 2007, a copy of the foregoing was served electronically upon:

A. Renschen
Asst. U.S. Attorney

and

Steven Rozan, Esq.

s/Lance C. Wells