# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00019-RRB-1 |
| | ) | |
| | ) | *ORDER ON* |
| Plaintiff(s), | ) | MOTION AND APPLICATION |
| vs. | ) | OF NON-RESIDENT ATTORNEY |
| | ) | FOR PERMISSION TO APPEAR |
| RONALD DALE SORENSEN, | ) | AND PARTICIPATE IN THE |
| | ) | UNITED STATES DISTRICT COURT |
| Defendant. | ) | FOR THE DISTRICT OF ALASKA |
| | ) | |

To the Honorable Judge of the above-entitled court:

I, **STEVEN JAY ROZAN**, hereby apply for permission to appear and

participate as counsel for RONALD DALE SORENSEN, defendant, in the

above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District

Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if

any.]

   **X  I am a registered participant in the CM/ECF System for the District of Alaska.**

     I have concurrently herewith submitted an application to the Clerk of the Court

     for registration as a participant in the CM/ECF System for the District of Alaska.

     For the reasons set forth in the attached memorandum.

**OR**

**N/A** I hereby designate,                              ,a member of the Bar of this

court, who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case

DATE:

_____

(Signature)

Name:

Address:

Telephone:                    e-mail:

### Consent of Local Counsel*

**N/A** I hereby consent to the granting of the foregoing application.

DATE:

_____

(Signature)

Name:

Address:

Telephone:                    e-mail:

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED: 2/1/07

_____

UNITED STATES DISTRICT JUDGE

For the District of Alaska

Note: Sentencing set for 3/8/07