NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-00019-RRB-JDR |
| | ) | |
| Plaintiff, | ) | NOTICE OF ATTORNEY |
| | ) | APPEARANCE |
| vs. | ) | |
| | ) | |
| RONALD D. SORENSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby gives

notice that Special Assistant United States Attorney Audrey J. Renschen now

appears as counsel for the for United States of America in the above-entitled

action.  All future correspondence in this matter should be sent to:

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov


        In addition, the government requests that the Court no longer serve

pleadings in the above-captioned case on AUSA David Nesbett now that the

undersigned is appearing as counsel in this case.

        RESPECTFULLY SUBMITTED this 2nd day of February, 2007 at

Anchorage, Alaska


                                        NELSON P. COHEN
                                        United States Attorney

                                        s/Audrey J. Renschen
                                        Assistant U. S. Attorney
                                        Federal Building & U.S. Courthouse
                                        222 W. 7th Avenue, #9, Rm. C-253
                                        Anchorage, AK  99513-7567
                                        Phone: (907) 271-5071
                                        Fax: 907-271-1500
                                        email: audrey.renschen@usdoj.gov


I declare hereby certify that on February 2, 2007
a copy of the foregoing was served electronically
 on electronically on Lance Wells and Steve Rozan


   s/Audrey Renschen
Assistant U.S. Attorney