UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u>  SORENSEN  </u>

DATE:   <u>  February 5, 2007  </u>     CASE NO.   <u>  3:06-CR-0019-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Pursuant to Defendant's Motion to Continue Sentencing at Docket 123, the sentencing in this matter is **RESCHEDULED** and will be held on **Thursday, March 15, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING