STEVEN JAY ROZAN
STEVEN JAY ROZAN & ASSOCIATES
5051 WESTHEIMER ROAD, SUITE-725
HOUSTON, TEXAS 770456
Phone: 713/627-3608
Fax:    713-622-8777
E-mail: sjrozan@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-000019-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| RONALD D. SORENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

COMES Movant Steven Jay Rozan, Attorney at Law, and hereby enters an entry of appearance on behalf of Defendant RONALD D. SORRENSEN in the above referenced case.

Movant respectfully requests that the Court no longer serve pleadings in the above captioned case on Lance C. Well, P. C. now that the undersigned is appearing as Counsel in this case and Mr. Well is withdrawing.

All further pleadings and correspondence, etc. shall be sent to the following address:

STEVEN JAY ROZAN
STEVEN JAY ROZAN & ASSOCIATES
5051 WESTHEIMER ROAD, SUITE-725
HOUSTON, TEXAS 77056
Phone: (713)627-3608
Fax:    (713)622-8777
E-mail: sjrozan@yahoo.com

Respectfully submitted,

_____/s/_____

STEVEN JAY ROZAN
TBN# 17357000
FED ID# 1136 [USDC/SDTX]
5051 WESTHEIMER ROAD, SUITE-725
HOUSTON, TEXAS 77056
713/627-3608 - TELEPHONE
713/622-8777 - FACSIMILE
E-mail: sjrozan@yahoo.com

**CERTIFICATE OF SERVICE**
I hereby certify that on February 9, 2007
a copy of the foregoing was served on
AUSA Audrey Renschen by electronic notice.


   /s/  STEVEN JAY ROZAN_____