Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD D. SORENSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00019-RRB |

**MOTION TO WITHDRAW**

*[Filed on Shortened Time]*

COMES NOW LANCE C. WELLS of the Law Offices of Lance C. Wells, P.C. counsel of record for DEFENDANT RONALD D. SORENSON hereby files on shortened time this motion to withdraw from this matter in its entirety.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is attached hereto.

Dated at Anchorage, Alaska, this 28th day of February 2007.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorneys for Ronald D. Sorenson

733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 28th day of Feb., 2007, a copy of the foregoing was served electronically upon:

A. Renschen
Asst. U.S. Attorney

and

Steven Rozan, Esq.

s/Lance C. Wells