IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD SORENSON, )<br>    Defendant. )<br>_____) | **Case No. 3:06-CR-00019-RRB** |

### AFFIDAVIT OF LANCE C. WELLS

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the privately retained attorney for the defendant in the above matter.

2. I am moving this court on shortened time to allow me to withdraw from any further representation of the defendant in this matter.

3. Mr. Sorenson has retained substitute counsel, Mr. Rozan from Houston, Texas.

4. Mr. Rozan's application to this court has been approved to represent the defendant.

5. It is no longer necessary that I remain in this matter.

6. Furthermore, defendant and I have had a complete and total breakdown in communication which prohibits me from further representing him. I am willing to go in to detain in a sealed ex-parte hearing if necessary.

7. I will, however, work with Mr. Rozan if requested to bring him up to speed in this matter and share my file with him.

8. I request my motion to withdraw filed on shortened time be granted and that I be allowed to withdraw from any further representation of Mr. Sorenson.

Dated: 02/28/07     _____/s_____
                                                Lance C. Wells

Subscribed and sworn to before me this 28th day of Feb,

2007 in Anchorage, AK.

_____/s_____
Sharon R. Leippi
Notary Public in and for Alaska
My Commission Expires: 6/8/2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 28th day of Feb., 2007, a copy of the foregoing was served electronically upon:

A. Renschen
Asst. U.S. Attorney

and

Steven Rozan, Esq.

s/Lance C. Wells