Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>              Plaintiff,         )<br>                                )<br>     v.                         )<br>                                )<br>RONALD D. SORENSON,             )<br>                                )<br>              Defendant.        )<br>_____) | Case No. 3:06-cr-00019-RRB |

**ORDER ON MOTION TO WITHDRAW**

*[Filed on Shortened Time]*

The court having considered counsel for defendant's motion to withdraw filed on shortened time:

It is hereby ORDERED, ADJUDGED and DECREED that counsel's motion to withdraw is hereby GRANTED. Mr. Sorenson has retained substitute counsel in this matter Mr. Rozan.

Sentencing will remain as scheduled previously by this court.

DATED at Anchorage, Alaska, this 3 day of March 2007.

_____
U.S. District Court Judge

ORDER ON MOTION TO WITHDRAW FILED ON SHORTENED TIME
*United States of America v. Ronald D. Sorenson*                                      Page 1 of 2
Case No. 3:06-cr-00019-RRB