STEVEN JAY ROZAN & ASSOCIATES
Attorneys-at-Law
5051 Westheimer Road, Suite-725
Houston, Texas 77056
Phone: 713/627-3608
Fax:    713/622-8777
E-mail: sjrozan@yahoo.com
TX # 17357000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | Case No. 3:06-cr-00019-RRB-1 |
|  | ) |  |
| RONALD DALE SORENSEN, | ) |  |
|  | )) |  |
| Defendant. | ) |  |
|  | ) |  |

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

COMES Defendant, RONALD DALE SORENSEN, by and through newly retained Counsel and in support of this Unopposed Motion would show as follows:

1.   Sentencing is currently set in this case for March 15, 2007 at 9:00a.m.

2.   Both prior and subsequent to Counsel's approval as the newly substituted Counsel of record; it has become immediately apparent that there are a large number of other out-of-State Court settings which have yielded a conflict of scheduling in this matter.

3.  Newly substituted Counsel of record respectfully requests a reset of Sentencing to anytime the week of April 23, 2007 or at anytime thereafter as is consistent with the Court's calendar.

4.  Defendant waives any Speedy Trial rights associated with this Motion.

5.  AUSA Audrey Renschen does not oppose this Motion.

WHEREFORE, Defendant prays that this Motion be, in all things, Granted and that the Court continuance the Sentencing Hearing to anytime the week of April 23, 2007 or at anytime thereafter as is consistent with the Court's calendar.

RESPECTFULLY SUBMITTED on March 5, 2007, in Anchorage, Alaska.

**STEVEN JAY ROZAN & ASSOCIATES**

 s/Steven Jay Rozan  
STEVEN JAY ROZAN  
TBN#17357000  
FED ID# 1136 [USDC/SDTX]  
5051 WESTHEIMER, SUITE-725  
HOUSTON, TEXAS 77056  
713/627-3608 -TELEPHONE  
713/622-8777 -FACSIMILE  
E-mail: sjrozan@yahoo.com  
Attorney for Defendant  
RONALD DALE SORENSEN

**U . S. v. RONALD DALE SORENSEN**
3:06-CR-0019-RRB

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 1, 2007, I conferred with AUSA Audrey Renschen and she stated that she does not oppose this Motion.

s/Steven Jay Rozan

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007
a copy of the above and foregoing was served
on AUSA Audrey Renschen by electronic notice.

 s/Steven Jay Rozan