STEVEN JAY ROZAN & ASSOCIATES
Attorneys-at-Law
5051 Westheimer Road, Suite-725
Houston, Texas 77056
Phone: 713/627-3608
Fax:    713/622-8777
E-mail: sjrozan@yahoo.com
TX # 17357000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | Case No. 3:06-cr-00019-RRB-1 |
|  | ) |  |
| RONALD DALE SORENSEN, | ) |  |
|  | )) |  |
| Defendant. | ) |  |
|  | ) |  |

## **ORDER**

The Court having considered the Defendant's Unopposed Motion for Continuance of Sentencing, it is hereby ordered that the motion is Granted. The currently scheduled sentencing date of 3/15/07, is hereby vacated and the matter rescheduled for the ___ Day of _____, at the hour of ___ a.m./p.m. in courtroom number ___. The Defendant's sentencing memorandum is due no later than seven days prior to sentencing.

**U . S. v. RONALD DALE SORENSEN**
3:06-CR-0019-RRB

DATED at Anchorage, Alaska, this ____ Day of _____, 2007.

_____
U. S. District Court Judge

**U . S. v. RONALD DALE SORENSEN**
3:06-CR-0019-RRB