STEVEN JAY ROZAN & ASSOCIATES
Attorneys-at-Law
5051 Westheimer Road, Suite-725
Houston, Texas 77056
Phone: 713/627-3608
Fax:    713/622-8777
E-mail: sjrozan@yahoo.com
TX # 17357000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 3:06-cr-00019-RRB-1 |
| | ) | |
| RONALD DALE SORENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court having considered the Defendant's Unopposed Motion for Continuance of Sentencing, it is hereby ordered that the motion is Granted. The currently scheduled sentencing date of 3/15/07, is hereby vacated and the matter rescheduled for the 25 Day of April, at the hour of 9:00 a.m. in courtroom number 2. The Defendant's sentencing memorandum is due no later than seven days prior to sentencing.

**U.S. v. RONALD DALE SORENSEN**
3:06-CR-0019-RRB

DATED at Anchorage, Alaska, this 5 Day of March, 2007.

                                        U. S. District Court Judge

**U . S. v. RONALD DALE SORENSEN**
3:06-CR-0019-RRB