IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



RECEIVED
MAR 08 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 3:06-cr-00019-RRB-JDR |
| RONALD DALE SORENSON, ) | |
| ) | WRIT OF HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| _____ ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of RONALD DALE

SORENSON, by you imprisoned and detained as it is said, at Anchorage

Correctional Center - EAST, under safe and secure conduct, before the Judge of

our District Court within and for the District of Alaska, at Anchorage, Alaska, for

scheduling an arraignment/initial appearance, and other proceedings as the Court

may desire, thereafter and as necessary in United States v. RONALD DALE

SORENSON, Case No. No. 3:06-cr-00019-RRB-JDR, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 24th day of February, 2006.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: REDACTED SIGNATURE
DEPUTY CLERK

---

**U.S. MARSHALS RETURN**

I hereby certify and return that _Donald Sorensen_ was transported from _ACC-W_ to _Court_ on _2/24/2006_ as ordered by the court.

Randy M. Johnson
U.S. MARSHAL

By: _K. Snyder_
Deputy U.S. Marshal
CRIM CLERK

U.S. v. SORENSON         2
3:06-cr-00019-RRB