**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

   USA    v.   RONALD SORENSEN  

DATE:   March 13, 2007   CASE NO.   3:06-CR-0019-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING SENTENCING**

---

Due to a judicial scheduling conflict, the sentencing in this matter, presently scheduled for April 25, 2007, is **RESCHEDULED** and will be held on **Monday, April 30, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.