NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RONALD DALE SORENSEN,<br><br>        Defendant. | No.  3:06-cr-00019-RRB<br><br>**NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on Audrey J. Renschen , Assistant U.S. Attorney.  Assistant U.S. Attorney John

Novak, is the lead attorney in this matter.

    RESPECTFULLY submitted this 9th day of April, 2007, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Audrey J. Renschen
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2007
a copy of the foregoing NOTICE was served
electronically:

Steven J. Rozan
Attorney at Law

s/ Audrey J. Renschen