NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Assistant U.S. Attorney
222 West 7th Ave. #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 3:06-cr-00019-RRB |
| ) | |
| Plaintiff,       ) | |
| ) | **SUBSTITUTION OF COUNSEL** |
| vs.       ) | |
| ) | |
| RONALD DALE SORENSEN,       ) | |
| ) | |
| Defendant.       ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through

John J. Novak, Special Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America. The government requests that

the Court no longer serve pleadings in the above-captioned case on AUSA Audrey J. Renschen, now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following addresss:

> JOHN J. NOVAK
> Special Assistant U.S. Attorney
> 222 West 7th Avenue #9, Room 253
> Anchorage, AK  99513-7567
> (907) 271-5071
> Fax: (907) 271-1500
> E-mail: john.novak@usdoj.gov

RESPECTFULLY SUBMITTED on April 9, 2007, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/John J. Novak
> Special Assistant U.S. Attorney
> 222 West 7th Ave. #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: john.novak@usdoj.gov
> Alaska Bar # 8511184

**CERTIFICATE OF SERVICE**
I hereby certify that on April 9, 2007
a copy of the foregoing was served
on Steven J. Rozan by electronic notice.

   s/John J. Novak