NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00019-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>UNITED STATES'</u> |
| vs. | ) | <u>SENTENCING</u> |
| | ) | <u>MEMORANDUM</u> |
| RONALD DALE SORENSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through Special Assistant United States Attorney John J. Novak, and pursuant to Local Criminal Rule 32.1 of the United States District Court for the District of Alaska and hereby files this memorandum to assist the court in fashioning a just and proper sentence.  For the reasons discussed below, the United States respectfully asks this court to impose a

sentence within the applicable guideline range, 210 - 262 months, a supervised release term of five years on the conditions recommended y the author of the pre-sentence report, and a declaration that the defendant is ineligible for federal benefits for a period of five years.

## I. The Offense

Defendant stands convicted of conspiracy to possess with intent to deliver a large amount of methamphetamine. Defendant engaged in methamphetamine trafficking to make money and while on felony supervised probation in the State of Alaska system. The underlying offense upon which defendant was on felony probation was misconduct involving a controlled substance in the fourth degree, possession of cocaine, that defendant committed while an escapee from the custody of the State of Alaska Department of Corrections.

## II. The Offender

Defendant has a non-stop and significant criminal history dating back to when he was 16 years of age. Defendant's criminal history includes multiple crimes of violence: one felony assault and three misdemeanor assault convictions. Defendant's criminal history also includes possession of a firearm after having previously been convicted of a felony offense. Defendant also appears to have a substance abuse problem.

### III.  Pre-sentence Report Issues

The United States does not have any issues with or believe any corrections need to be made to the pre-sentence report.

### IV.  18 USC 3553(a) Sentencing Factors

In fashioning a sentence, this court is to consider deterrence of the defendant, deterrence of others, reaffirmation of societal norms, protection of the pubic, rehabilitation of the defendant, and provide just punishment for the offense. The federal sentencing guidelines were enacted to promote the interests of fairness and uniformity, i.e., ensure that defendants who commit similar offenses and have similar criminal histories receive similar sentences.

The United States submits that the sentencing goals best can be met in this case by imposing a sentence within the applicable guideline range, 210-262 months, a supervised release term of five years on the conditions recommended by the author of the pre-sentence report, and denying defendant federal eligibility for federal benefits for a period of five years.  The United States is of this position in light of the very serious nature of the conduct in which the defendant engaged - trafficking in large amounts of methamphetamine, a substance that has a horrible effects on our society - as well his significant criminal history.

RESPECTFULLY SUBMITTED this 9th day of April 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ John J. Novak
        Special Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: john.novak@usdoj.gov
        Alaska Bar # 8511184

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007
a copy of the foregoing was served
electronically on:

Steven J. Rozan
Counsel for Defendant

and faxed to:
Barbara D. Burton
U.S. Probation
(907) 271-3060

s/ John J. Novak