STEVEN JAY ROZAN & ASSOCIATES
Attorneys-at-Law
5051 Westheimer Road, Suite-725
Houston, Texas 77056
Phone: 713/627-3608
Fax:    713/622-8777
E-mail: sjrozan@yahoo.com
TX # 17357000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 3:06-cr-00019-RRB-1 |
| | ) | |
| RONALD DALE SORENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

COMES Defendant, RONALD DALE SORENSEN, by and through newly retained Counsel and in support of this Unopposed Motion would show as follows:

1. Sentencing is currently set in this case for April 30, 2007 at 9:00a.m.

2. Counsel has recently been placed in the precarious position of having both to respond to and/or file appellate briefs in both the U. S. Court of Appeals for the Second, Third, Fourth, Fifth and Ninth Circuits, the due dates of which fall on or about the Sentencing date herein.

3. Counsel is desirous of having the Defendant debriefed the substance of which was simply not available at an earlier date. Said potential §5K1.1 Motion appears to be meritorious and would entail a brief reset such that the government could substantiate its validity.

4. Counsel respectfully requests a brief 30-day continuance up to and including the week of June 4, 2007 or at anytime thereafter as is consistent with the Court's calendar.

5. Defendant waives any Speedy Trial rights associated with this Motion.

6. AUSA John Novak does not oppose this Motion.

7. Defendant will not request any further continuances of Sentencing in this case.

WHEREFORE, Defendant prays that this Motion be, in all things, Granted and that the Court continue the Sentencing Hearing to anytime the week of June 4, 2007 or at anytime thereafter as is consistent with the Court's calendar.

RESPECTFULLY SUBMITTED on April 25, 2007, in Anchorage, Alaska.

**STEVEN JAY ROZAN & ASSOCIATES**

 s/Steven Jay Rozan
STEVEN JAY ROZAN
TBN#17357000
FED ID# 1136 [USDC/SDTX]
5051 WESTHEIMER, SUITE-725
HOUSTON, TEXAS 77056
713/627-3608 -TELEPHONE
713/622-8777 -FACSIMILE
E-mail: sjrozan@yahoo.com
Attorney for Defendant
RONALD DALE SORENSEN

**U . S. v. RONALD DALE SORENSEN**
3:06-CR-0019-RRB

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 23, 2007, I conferred
with AUSA John Novak and he stated that
he does not oppose this Motion.

s/Steven Jay Rozan

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007
a copy of the above and foregoing was served
on AUSA John Novak by electronic notice.

 s/Steven Jay Rozan

**U . S. v. RONALD DALE SORENSEN**
3:06-CR-0019-RRB

3