STEVEN JAY ROZAN & ASSOCIATES
Attorneys-at-Law
5051 Westheimer Road, Suite-725
Houston, Texas 77056
Phone: 713/627-3608
Fax:    713/622-8777
E-mail: sjrozan@yahoo.com
TX # 17357000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>)<br>)<br>           Plaintiff,          )<br>      vs.                          )<br>)<br>RONALD DALE SORENSEN,               )<br>                                   ))<br>           Defendant.         )<br>_____   ) | Case No. 3:06-cr-00019-RRB-1 |

### **ORDER**

The Court having considered the Defendant's Unopposed Motion for Continuance of Sentencing, it is hereby ordered that the motion is Granted. The currently scheduled sentencing date of June 30, 2007 is hereby vacated and the matter rescheduled for the ___ Day of _____, at the hour of ____ a.m./p.m. in courtroom number ____. The Defendant's sentencing memorandum is due no later than seven days prior to sentencing.

DATED at Anchorage, Alaska, this ___ day of _____, 2007.

_____

U. S. District Court Judge