```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __RONALD DALE SORENSEN__    CASE NO. __3:06-cr-00019-RRB__
Defendant: _X_ Present   _X_ In Custody   __ On Summons   __ On Bond

BEFORE THE HONORABLE: __RALPH R. BEISTLINE__

DEPUTY CLERK/RECORDER: __LINDA CHRISTENSEN__

UNITED STATES' ATTORNEY: __JOHN NOVAK__

DEFENDANT'S ATTORNEY: __STEVEN ROZAN*__

U.S.P.O.: __BARBARA BURTON__

*_ Telephonic Appearance

PROCEEDINGS:   RESCHEDULING CONFERENCE Held 4/30/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:01 a.m. court convened.

Court and counsel heard.

Motion to Continue Sentencing **GRANTED**; Imposition of Sentence continued to May 30, 2007 at 9:00 a.m. Defendant's sentencing memorandum due no later than May 21, 2007.

At 9:06 a.m. court adjourned.

DATE: __APRIL 30, 2007__         DEPUTY CLERK'S INITIALS: __lc__