UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  SORENSON 

DATE:   May 21, 2007     CASE NO.   3:06-CR-0019-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to a scheduling conflict of defense counsel, and agreement of the parties to this rescheduling, the sentencing in this matter is **RESCHEDULED** and will be held on **Friday, June 1, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING