UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   SORENSON  

DATE:    May 31, 2007      CASE NO.    3:06-CR-0019-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to the unavailability of defense counsel, the sentencing in this matter is **rescheduled** and will be held on **Friday, June 8, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING