```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. <u>RONALD DALE SORENSEN</u>        CASE NO. <u>3:06-cr-00019-RRB</u>
Defendant:  <u>X</u> Present  <u>X</u> In Custody

BEFORE THE HONORABLE: <u>        RALPH R. BEISTLINE            </u>

DEPUTY CLERK/RECORDER: <u>        APRIL KARPER                 </u>

UNITED STATES' ATTORNEY: <u>      JOHN NOVAK                   </u>

DEFENDANT'S ATTORNEY: <u>         STEVEN ROZAN                 </u>

U.S.P.O.: <u>                     BARBARA BURTON               </u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JUNE 8, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
   guidelines.

<u>X</u> Imprisonment for a period of <u>192 months on Count 1 of the</u>
   <u>First Superseding Indictment.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>5</u>
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u> 100.00 </u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Court accepted the presentence report. Court</u>
<u>recommended that the defendant participate in the 500 hour drug</u>
<u>and alcohol program and that the defendant be placed at the</u>
<u>Facility located in Sheridan, Oregon or as close to Alaska as</u>
<u>possible. Court and counsel heard re plaintiff's oral motion that</u>
<u>the defendant's federal benefits be denied; **GRANTED**. Appeal</u>
<u>rights given. Payment Coupon given to defendant.</u>

At 9:46 a.m. court adjourned.

OFF RECORD NOTES: Defendant to be ineligible for federal benefits
for a term of five years following release from imprisonment.

DATE: <u>     June 8, 2007        </u>  DEPUTY CLERK'S INITIALS: <u>  amk  </u>