STEVEN JAY ROZAN & ASSOCIATES
Attorneys-at-Law
2777 Allen Parkway, 10th Floor
Houston, Texas 77019
Phone: 713/627-3608
Fax:    713/622-8777
E-mail: sjrozan@yahoo.com
TX # 17357000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | Case No. 3:06-cr-00019-RRB-1 |
|  | ) |  |
| RONALD DALE SORENSEN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

### NOTICE OF APPEAL

Defendant RONALD DALE SORENSEN timely gives Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Criminal Case entered in this action on June 8, 2007.

RESPECTFULLY SUBMITTED on June 15, 2007, in Anchorage, Alaska.

s/STEVEN JAY ROZAN

STEVEN  JAY ROZAN