```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

        # 00130563 - PS
         June 15, 2007


Code     Case #    Qty      Amount

086900-F 06-19              105.00 CK
510000-C 06-19              150.00 CK
086400-R 06-19              200.00 CK


TOTAL→            455.00


FROM: RONALD DALE SORENSEN
      NOTICE OF APPEAL
      3:06-CR-00019 RRB
```