RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
JUN 2 6 2007

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

FILED _____
DOCKETED _____
DATE        INITIAL

7-30230

**CASE INFORMATION:**
Short Case Title: USA v Ronald Dale Sorensen
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline 3:06-cr-00019-RRB-1
Date Complaint/Indictment/Petition Filed: 2/22/2006
Date Appealed Order/Judgment *entered*: 6/8/2007
Date NOA *filed*: 6/15/2007
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending
Court Reporter(s) Name and Phone Number: Sherry Mons - 907-451-5791

RECEIVED
JUL 0 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 6/15/2007    Date Docket Fee billed: __
Date FP granted: __    Date FP denied: __
Is FP pending? no    Was FP Limited/Revoked?
US Government Appeal?  no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Steven J. Rozan | John J. Novak |
| Steven Jay Rozan & Associates | U.S. Attorney's Office (Anchorage) |
| 5051 Westheimer Road, Suite 725 | 222 West 7th Avenue, #9 |
| Houston, Texas 77056 | Anchorage, Alaska 99513 |
| Fax: 713-622-8777 | Fax: 907-271-1500 |
| Email: sjrozan @yahoo.com | Email: John.Novak@usdoj.gov |

_X_ retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __    Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __    9th Circuit Docket Number: __

Name and phone number of person completing this form: Sherry Mons - 907-451-5791