NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-019-RRB |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |
| RONALD SORENSON, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P.

Cohen, United States Attorney for the District of Alaska, and hereby requests the

Court no longer electronically serve pleadings in the above-captioned case on

John Novak, Asst. U.S. Attorney.  Frank V. Russo is the lead attorney in this matter.

RESPECTFULLY submitted this 5th day of October, 2007, at Anchorage, Alaska.

                          NELSON P. COHEN
                          United States Attorney

                          s/ Frank V. Russo
                          FRANK V. RUSSO
                          Assistant U.S. Attorney
                          Federal Building & U.S. Courthouse
                          222 West Seventh Avenue, #9, Rm. 253
                          Anchorage, Alaska  99513-7567
                          Phone: 907-271-5071
                          Fax: 907-271-1500
                          Email: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2007
a copy of the foregoing NOTICE was served
electronically on Lance Wells, Esq..

s/ Frank V. Russo
Office of the U.S. Attorney

**U.S. v. SORENSON**
No. 3:06-cr-00019-RRB                    2